GALLAGHER & KENNEDY, P.A.
John R. Clemency (Bar No. 009646)
Todd A. Burgess (Bar No. 19013)
Lindsi M. Weber (Bar No. 25820)
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Email: john.clemency@gknet.com
todd.burgess@gknet.com
lindsi.weber@gknet.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ARMORWORKS ENTERPRISES, LLC,<br>TECHFIBER, LLC,<br><br>Debtors.<br><br>This Filing Applies to:<br><br>X  Both Debtors<br>☐  Specified Debtor | Chapter 11 Proceedings<br><br>Case No. 2:13-bk-10332-BMW<br>Case No. 2:13-bk-10333-DPC<br><br>(Motion for Joint Administration Pending)<br><br>**Expedited Hearing Date Requested:**<br>**Tuesday, June 18, 2013** |

**EMERGENCY MOTION FOR EXPEDITED HEARING ON ACCELERATED NOTICE TO CONSIDER DEBTORS' FIRST DAY MOTIONS**

ArmorWorks Enterprises, LLC ("ArmorWorks") and its wholly-owned subsidiary TechFiber, LLC ("TechFiber" and together with ArmorWorks, the "Debtors"), debtors and debtors-in-possession in the above-captioned bankruptcy cases (the "Bankruptcy Case"), hereby move the Court for an Order, pursuant to Local Rule 9013-1(h), setting an expedited hearing on accelerated notice regarding the following early case motions filed by Debtors:

- Emergency Motion to Transfer Case Assignments and for Joint Administration;

- Application for an Order under 11 U.S.C. § 327(A) Authorizing the

Employment of Gallagher & Kennedy, P.A. as General Bankruptcy and Restructuring Counsel to the Debtors;

- Application for an Order under 11 U.S.C. § 327(A) Authorizing the Employment of MCA Financial Group, Ltd. as Financial Advisor to the Debtors;

- Emergency Motion for Interim and Final Orders Authorizing Borrowing with Priority over Administrative Expenses and Secured by Priming Liens on Property of the Estates;

- Emergency Motion for Order Authorizing Payment of Pre-Petition Wages, Salary, and Employee Benefits;

- Motion for Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services; and

- Emergency Motion For Order Establishing Last Date For Filing Proofs Of Claims And Interests.

This Motion is supported by the *Declaration of William J. Perciballi in Support of Debtors' Chapter 11 Petitions and First Day Motions* (the "Perciballi Declaration") filed by the Debtors concurrently herewith.

The motions and application filed by the Debtors are typical of the type of motions customarily filed in Chapter 11 cases of this magnitude and complexity. The relief requested in each motion is necessary to allow for the efficient administration of the Debtors' estates, to avoid, to the extent possible, further disruption of the business operations of the Debtor, to preserve the value of its assets, and to avoid immediate and irreparable harm to the Debtors and their estates. The Debtors have requested a hearing on Tuesday, June 18, 2013. **A hearing date as soon as possible is required, in particular, to address the prepetition wage motion and DIP financing motion. The Debtors' next payroll date is June 20, 2013, and payroll must be funded to ADP by Wednesday, June 19, 2013.**

The Court is within its authority to accelerate the applicable notice requirements under the Federal Rules of Bankruptcy Procedure and Local Rules and to hear the early case motions on an expedited basis. Section 105(a) of the Bankruptcy Code provides

that:

> The court may issue any order, process or judgment that is necessary or appropriate to carry out the provisions of this title. No provision of this title providing for the raising of an issue by a party in interest shall be construed to preclude the court from, sua sponte, taking any action or making any determination necessary or appropriate to enforce or implement court orders or rules, or to prevent an abuse of process.

Section 105(a) has been interpreted as granting bankruptcy courts broad authority and discretion to enforce the provisions of the Bankruptcy Code, including the spirit and intent of the reorganization process, under either specific statutory provision or equitable common law principles. The Debtors submit that, under the circumstances, good cause exists for the Court to set an expedited hearing on the early case motions.

Counsel for the Debtor emailed all draft pleadings to the United States Trustee prepetition on June 13, 2013, and all pleadings were forwarded to the Trial Attorney assigned to this case by the United States Trustee. Notice by overnight delivery, fax or email where possible, was been given to the Office of the United States Trustee, each of the Debtors' twenty largest unsecured creditors, all landlords, all secured creditors and lessors under capital leases, and all members of the Debtors. To the best knowledge of the Debtors, no creditor has or claims a security interest in the Debtors' cash collateral.

WHEREFORE, based on all of the foregoing, Debtors respectfully requests that the Court enter an order: (i) setting an expedited hearing on the early case motions to be held on Tuesday, June 18, 2013 or as soon thereafter as possible; (ii) limiting (to the extent fax or email addresses are known to the Debtors) to the United States Trustee, each of the Debtors' twenty largest unsecured creditors, all landlords, secured creditors, lessors under capital leases, the members of the Debtors, and any party that requests special notice in the case; and (iii) granting the Debtors such other and further relief as the Court deems appropriate.

A proposed form of Order for the Court's consideration is attached hereto as Exhibit "A" and was lodged concurrently herewith.

RESPECTFULLY SUBMITTED this 17th day of June, 2013.

                GALLAGHER & KENNEDY, P.A.

By */s/Todd A. Burgess*
     John R. Clemency (Bar No. 009646)
     Todd A. Burgess (Bar No. 19013)
     Lindsi M. Weber (Bar No. 25820)

Proposed Attorneys for Debtors