GALLAGHER & KENNEDY, P.A.
John R. Clemency (Bar No. 009646)
Todd A. Burgess (Bar No. 19013)
Lindsi M. Weber (Bar No. 25820)
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Email: john.clemency@gknet.com
todd.burgess@gknet.com
lindsi.weber@gknet.com
Proposed counsel for the Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| ARMORWORKS ENTERPRISES, LLC, ☐<br>TECHFIBER, LLC, ☐ | Case No. 2:13-bk-10332-BMW<br>Case No. 2:13-bk-10333-DPC |
| Debtors. | (Motion for Joint Administration Pending) |
| This Filing Applies to:<br>X    Both Debtors<br>☐    Specified Debtor | |

**NOTICE OF LODGING: ORDER SETTING EXPEDITED HEARING ON ACCELERATED NOTICE TO CONSIDER DEBTORS' FIRST DAY MOTIONS**

PLEASE TAKE NOTICE that ArmorWorks Enterprises, LLC ("ArmorWorks") and its wholly-owned subsidiary TechFiber, LLC ("TechFiber" and together with ArmorWorks, the "Debtors"), debtors and debtors-in-possession in the above-captioned bankruptcy cases (the "Bankruptcy Case"), have lodged the proposed ORDER SETTING EXPEDITED HEARING ON ACCELERATED NOTICE TO CONSIDER DEBTORS' FIRST DAY MOTIONS in the form attached hereto as Exhibit "A".

///

///

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED this 17th day of June, 2013. |
| 2 | GALLAGHER & KENNEDY, P.A. |
| 3 | |
| 4 | By  */s/ Todd A. Burgess* |
| 5 | John R. Clemency (Bar No. 009646)<br>Todd A. Burgess (Bar No. 19013)<br>Lindsi M. Weber (Bar No. 25820) |
| 6 | *Proposed Attorneys for Debtors* |
| 7 | |
| 8 | COPIES of the foregoing were served this 17th day of June, 2013 via Overnight Delivery, U.S. Mail, Email, and/or Facsimile on the parties on the attached service list. |
| 9 | |
| 10 | |
| 11 | |
| 12 | */s/ Rachel H. Milazzo* |