# EXHIBIT A

GALLAGHER & KENNEDY, P.A.
John R. Clemency (Bar No. 009646)
Todd A. Burgess (Bar No. 19013)
Lindsi M. Weber (Bar No. 25820)
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Facsimile:   (602) 530-8500
Email:        john.clemency@gknet.com
              todd.burgess@gknet.com
              lindsi.weber@gknet.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceedings |
|---|---|
| ARMORWORKS ENTERPRISES, LLC,<br>TECHFIBER, LLC, | Case No.  2:13-bk-10332-BMW<br>Case No.  2:13-bk-10333-DPC |
| Debtors. | (Motion for Joint Administration Pending) |
| This Filing Applies to:<br>X   All Debtors<br>☐   Specified Debtors | **Hearing Date:  Tuesday, June 13, 2013**<br>**Hearing Time:**<br>**Hearing Location:** |

**ORDER SETTING EXPEDITED HEARING ON ACCELERATED NOTICE TO CONSIDER DEBTORS' FIRST DAY MOTIONS**

THIS MATTER COMS BEFORE THE COURT pursuant to the Emergency Motion for Expedited Hearing on Accelerated Notice to Consider Debtors' First Day Motions (the "Motion") filed by ArmorWorks Enterprises, LLC ("ArmorWorks") and its wholly-owned subsidiary TechFiber, LLC ("TechFiber" and together with ArmorWorks, the "Debtors"), debtors and debtors-in-possession in the above-captioned bankruptcy cases (the "Bankruptcy Case").

Pursuant to the Motion and Local Rule 9013-1(h), the Debtors ask the Court to set an expedited hearing on accelerated notice regarding the following early case motions filed by Debtors:

- Emergency Motion to Transfer Case Assignments and for Joint Administration;

- Application for an Order under 11 U.S.C. § 327(A) Authorizing the Employment of Gallagher & Kennedy, P.A. as General Bankruptcy and Restructuring Counsel to the Debtors;

- Application for an Order under 11 U.S.C. § 327(A) Authorizing the Employment of MCA Financial Group, Ltd. as Financial Advisor to the Debtors;

- Emergency Motion for Interim and Final Orders Authorizing Borrowing with Priority over Administrative Expenses and Secured by Non-Priming Liens on Property of the Estate;

- Emergency Motion for Order Authorizing Payment of Pre-Petition Wages, Salary, and Employee Benefits;

- Motion for Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services; and

- Emergency Motion For Order Establishing Last Date For Filing Proofs Of Claims And Interests

After reviewing the Motion, and having been advised that by overnight delivery, fax or email where possible, was been given to each of the Debtors' twenty largest unsecured creditors, all landlords, and all secured creditors, the Debtors' members and lessors under capital leases; and that the Office of the United States Trustee has been notified of these proceedings in accordance with Local Rule 9013-1(h), the Court finds that the Motion has been properly served pursuant to the Federal Rules of Bankruptcy Procedure and Local Rules of Bankruptcy Procedure, and that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED as follows:

1. Granting the Motion;

2. Accelerating any notice requirements of the Federal Rules of Bankruptcy Procedure and limiting notice to the Debtors' secured creditors (if any), twenty (20) largest unsecured creditors, all landlords, lessors under capital leases, the Debtors'

1 members, the Office of the United States Trustee, and any parties that have requested
2 special notice in the case (the "Notice Parties").

3     3.     Setting an expedited hearing regarding on the early case motions to be held
4 on June ___, 2013 at _____ a.m./p.m. at the United States Bankruptcy Court, Courtroom
5 ___, 230 North First Avenue, Phoenix, Arizona 85003.

6     4.     Ordering the Debtors to immediately serve a copy of this Order on the
7 Notice Parties, and to the extent the Debtors have telephone numbers for the Notice
8 Parties, to call each Notice Party and advise them of the date, time, and location of the
9 hearing.

10     **DATED AND SIGNED ABOVE.**