FORM o11csewh (revised 01/04/2013)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:13–bk–10332–BMW

ARMORWORKS ENTERPRISES, LLC  Chapter: 11
dba ARMORWORKS
305 N. 54TH STREET
CHANDLER, AZ 85226
**SSAN:**
**EIN:** 86–1041179

Debtor(s)

## CASE MANAGEMENT ORDER

The above captioned case was filed as a Chapter 11 reorganization proceeding.

Therefore, in order to efficiently process this Chapter 11 case to prompt conclusion, a status hearing will be held at the U.S. Bankruptcy Court, 230 N. First Avenue, 6th Floor, Courtroom 602, Phoenix, AZ on 7/30/13 at 01:45 PM. Debtor's counsel shall give notice of this hearing to the United States Trustee, the 20 largest unsecured creditors, and to any attorney or other party–in–interest which has appeared in this case. At such status hearing, counsel and the court shall address the following issues and schedule future hearings, as necessary:

1. Whether counsel has been appointed;
2. Whether reports to the U.S. Trustee have been filed and are current;
3. Whether administrative, operating expenses have been paid on a current basis;
4. The status of all FICA, FUTA and other employee withholdings (failure to abide by the law with respect to these issues may constitute immediate cause for conversion to Chapter 7);
5. An "inventory" of problems which the debtor must resolve in the case;
6. Proposed deadline for:
    a. Filing objections to claims;
    b. Avoidance actions;
    c. Disclosure statement;
    d. Resolution of other pending litigation.
7. Deadline for filing a plan during the exclusivity period (pursuant to § 1121, debtor has 120 days to file a plan during the exclusivity period and 180 days for that plan to be accepted; a small–business debtor has 180 days to file a plan during the exclusivity period and a plan must be confirmed within 300 days).

Failure to file monthly operating reports to the U.S. Trustee or to pay quarterly fees, may constitute grounds for immediate conversion to Chapter 7 or dismissal of the case.

This case management order is governed by 11 U.S.C. § 105.

**Date:** July 8, 2013                                                          BY THE COURT

**Address of the Bankruptcy Clerk's Office:**                HONORABLE Brenda Moody Whinery
U.S. Bankruptcy Court, Arizona                                      United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov