1
**GALLAGHER & KENNEDY, P.A.**
John R. Clemency (Bar No. 009646)
2
Todd A. Burgess (Bar No. 19013)
2575 East Camelback Road
3
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
4
Facsimile: (602) 530-8500
Email: john.clemency@gknet.com
5
todd.burgess@gknet.com
6
*Counsel for the Debtors*

7
<b>IN THE UNITED STATES BANKRUPTCY COURT</b>

8
<b>FOR THE DISTRICT OF ARIZONA</b>

9

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| ARMORWORKS ENTERPRISES, LLC, TECHFIBER, LLC, | Case No. 2:13-bk-10332-BMW<br>Case No. 2:13-bk-10333-BMW |
| Debtors. | (Jointly Administered) |

This Filing Applies to:

☒ Both Debtors
☐ ArmorWorks Enterprises, LLC
☐ TechFiber, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23
**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION REGARDING (I) EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING BORROWING WITH PRIORITY OVER ADMINISTRATIVE EXPENSES AND SECURED BY SENIOR LIENS ON PROPERTY OF THE ESTATE, (II) CONTINUED EVIDENTIARY HEARING ON THE C SQUARED PARTIES' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO ABSTAIN, AND (III) DISCLOSURE STATEMENT HEARING**

24
 **PLEASE TAKE NOTICE** that the Court has entered the *Order Approving*
25
*Stipulation Regarding (I) Emergency Motion for Interim and Final Orders Authorizing*
26
*Borrowing With Priority Over Administrative Expenses and Secured by Senior Liens on*
27
*Property of the Estate, (II) Continued Evidentiary Hearing on the C Squared Parties'*
28

3681174v2/22420-0006

*Motion to Dismiss or, in the Alternative, to Abstain, and (III) Disclosure Statement Hearing* [Dkt. #131] (the "Order") on July 25 2013, a copy of which is attached as Exhibit "A". The Order provides approval of the *Stipulation Regarding (I) Emergency Motion for Interim and Final Orders Authorizing Borrowing With Priority Over Administrative Expenses and Secured by Senior Liens on Property of the Estate, (II) Continued Evidentiary Hearing on the C Squared Parties' Motion to Dismiss or, in the Alternative, to Abstain, and (III) Disclosure Statement Hearing* (the "Stipulation") filed in the above-captioned jointly administered Chapter 11 case of Armorworks Enterprises, LLC and Techfiber, LLC (collectively the "Debtors"), on July 18, 2013 [Dkt. #117]. Unless otherwise indicated, capitalized terms used in this Notice will correspond to the capitalized terms used in the Order.

Furthermore, the Order reschedules the following critical dates in the cases:

1.      The continued hearing on the DIP Motion scheduled for July 19, 2013 at 10:00 a.m. has been **VACATED**;

2.      The hearing on the Motion to Dismiss filed by C Squared is continued to **September 17, 2013 at 10:00 a.m.** at the United States Bankruptcy Court, 38 S. Scott Avenue, Courtroom 446, Tucson, AZ (the "Continued Hearing");

3.      The status hearing set for July 30, 2013 is **VACATED**;

4.      The hearing set for July 30, 2013 to consider the "Joint Disclosure Statement in Support of Joint Plan of Reorganization Dated June 17, 2013" [DE #18] (the "Disclosure Statement") is **VACATED**;

5.      A hearing to consider the Disclosure Statement will be held on **October 1, 2013 at 2:00 p.m.** by video, and appearances can be made by video at the United States Bankruptcy Court, 230 N. First Ave., Courtroom 602, 6th Floor, Phoenix, AZ.

2

3681174v2/22420-0006

6. **A**ny objections to the Disclosure Statement must be made in writing, filed with the U.S. Bankruptcy Court, 230 N. First Avenue, Phoenix, Arizona 85003 and copies served upon:

>       John R. Clemency
>       Todd A. Burgess
>       GALLAGHER & KENNEDY, P.A.
>       2575 E. Camelback Road
>       Phoenix, Arizona 85016-9225

no later than **September 24, 2013**.

DATED this 26th day of July, 2013.

**GALLAGHER & KENNEDY, P.A.**

By: */s/ John R. Clemency*
        John R. Clemency
        Todd A. Burgess
        2575 E. Camelback Road
        Phoenix, Arizona 85016
        *Attorneys for Debtors*

COPIES of the foregoing were served
this 26th day of July, 2013 via
first-class, U.S. Mail, Email, and/or Facsimile
to the parties on the combined master mailing
list attached to the Court's copy only.

*/s/ Rachel H. Milazzo*

3

3681174v2/22420-0006

A1A VISTA TECH INC
1917 W. 3RD STREET #101
TEMPE AZ 85281

AAA-ACME RUBBER COMPANY
FILLIPONE ENTERPRISES
P.O. BOX 7760
TEMPE AZ 85281

ACC - APG - W91CRB
4401 BOOTHBY HILL AVENUE
ABERDEEN PROVING GROUND MD 21005-
3013

ACC MACHIINERY, INC.
747 NW GRAND AVE
PHOENIX AZ 85007

ACCELLOS, INC.
DEPT CH 16991
PALATINE IL 60055

ACCURATE MANUFACTURED PROD GRP,
INC.
P.O. BOX 7232 - DEPT 168
INDIANAPOLIS IN 46206-7232

ACE PAPER TUBE
4918 DENISON AVE.
CLEVELAND OH 44102

ACFTB DOCUMENT DESTRUCTION, INC
2204 W. 1ST STREET
TEMPE AZ 85281

ADAMS RITE AEROSPACE
4141 N. PALM STREET
FULLERTON CA 92835

ALTAIR ENGINEERING
1820 E BIG BEAVER RD
TROY MI 48083

ADHESIVE FILMS
4 BARNET ROAD
PINE BROOK NJ 07058

ADP SCREENING & SELECTION PROCESS
36307 TREASURY CENTER
CHICAGO IL 60694-6300

ADP
7474 W. CHANDLER BLVD
CHANDLER AZ 85226

ADS OPERATIONAL EQUIPMENT AND
LOGISTICS
621 LYNNHAVEN PKWY, SUITE 400
VIRGINIA BEACH VA 23452

ADVANCED CONVERTING, INC.
528 W. 21ST STREET, SUITE 2
TEMPE AZ 85282

AERO PROPANE GAS, INC
P.O. BOX 4980
APACHE JUNCTION AZ 85178-4980

AEROTEK, INC.
P.O. BOX 198531
ATLANTA GA 30384-8531

AFCO
DEPT LA 21315
PASADENA CA 91185

AIM AEROSPACE TACOMA OPERATIONS
2620 EAST G STREET
TACOMA WA 98421-1998

AIR PRODUCTS AND CHEMICALS
7201 HAMILTON BLVD.
ALLENTOWN PA 18195-1501

AIR PRODUCTS AND CHEMICALS
DEPT CH 10200
PALATINE IL 60055-0200

AIR-A-ZONA FLAG COMPANY
2548 W. BROADWAY ROAD
MESA AZ 85202

AIRE FILTER PRODUCTS
PO BOX 36066
PHOENIX AZ 85067

AIRTECH INTERNATIONAL INC.
5700 SKYLAB RD
HUNTINGTON BEACH CA 92647

ALLIED ELECTRONICS
7151 JACK NEWELL BLVD. S
FORT WORTH TX 76118

ALLIANCE FIRE PROTECTION
2114 E CEDAR ST
TEMPE AZ 85281

ALICE CARMICHAEL RICHEY,PLLC
2820 SELWYN AVE SUITE 420
CHARLOTTE NC 28209

ALL COPY PRODUCTS INC.
PO BOX 660831
DALLAS TX 75266-0831

VMS AIRCRAFT CO.
9755 BIRCH CANYON PLACE SUITE 100
SAN DIEGO CA 92126

THEROUS MANAGEMENT CONSULTING LLC
3016 MITCHELL WAY
THE COLONY TX 75056

JENNIFER GIAIMO
OFFICE OF THE U.S. TRUSTEE
230 N. 1ST AVENUE, SUITE 204
PHOENX, AZ 85003

LANCELOT ARMOR, LLC
C/O ANDREW ABRAHAM
BURCH & CRACCHIOLO
702 E. OSBORN RD., SUITE 200
PHOENIX, AZ 85014

AMERICAN & EFIRD INC
24 AMERICAN STREET
MT HOLLY NC 28120

AMERICAN BAR CODE AND RFID
3431 E. ELWOOD STREET
PHOENIX AZ 85040

BECKET & LEE LLP
16 GENERAL WARREN BLVD.
MALVERN, PA 19355

AMERICAN FALCON
470 MAIN STREET, ROUTE 28
HARWICH PORT MA 02646

AMERITAS/LINCOLN FINANCIAL
PO BOX 81889
LINCOLN NE 68501

AMY PILEGGIE
IRIS CREATIVE PHOTOGRAPHY
8498 W, MONONA LANE
PEORIA AZ 85382

ANCHOR FABRICATION
1200 LAWSON ROAD
FORT WORTH TX 76121

ANCHOR MANAGEMENT LLC
9330 D. PRIEST DRIVE
TEMPE AZ 85284

AP INDUSTRIAL
1531 W. 17TH STREET
TEMPE AZ 85281

APPLIED INDUSTRIAL TECHNOLOGIES
4346 ELWOOD STREET, SUITE 109
PHOENIX, AZ 85040-0901

APTEAN
1155 PERIMETER CENTER WEST
ATLANTA GA 30338

APTEAN, INC
PO BOX 95223
CHICAGO IL 60694

AQUA PERFECT OF ARIZONA
780 5TH AVENUE SUITE 200
KING OF PRUSSIA PA 19406-1406

ARGOTEC, INC.
53 SILVO O CONTE DRIVE
GREENFIELD MA 01301

ARIZONA DOCUMENT SOLUTIONS
1406 W 14TH ST
TEMPE AZ 85281

ARIZONA FORKLIFT SERVICES & SALES
43832 N 16TH ST
NEW RIVER AZ 85087

ARMORWORKS ENTERPRISES, LLC
TECHFIBER, LLC
ARMORY, LLC
C/O WILLIAM PERCIBALLI
305 N. 54TH STREET
CHANDLER AZ 85226

ARNOLD & PORTER LLP
555 TWELFTH STREET, N.W.
WASHINGTON, D.C. 20004-1206

ARROWHEAD ENVIRONMENTAL
9623 W MARIPOSA GRANDE
PEORIA AZ 85383

AT&T MOBILITY ACCT# 995894085
P.O. BOX 30218
LOS ANGELES CA 90030-0218

ATLANTIC THREAD & SUPPLY COMPANY IN
8515 KELCO DRIVE UNITS G & H
BALTIMORE MD 21221

TEXCEL INC
18 MEETING ST
CUMBERLAND RI 02864

AUSTIN HARWARE & SUPPLY
SEPT CH 19373
PALATINE IL 60055-9373

AVAYA, INC.
P.O BOX 5332
NEW YORK NY 10087-5332

AVERY DENNISON
31330 OAKCREST DR
WEST LAKE VILLAGE CA 30392-1726

AVIATION APPLIED TECHNOLOGY DIR.
BLDG. 401 LEE BLVD.
FORT EUSTIS VA 23604

BAE SYSTEMS, LAND & ARMAMENTS L.P.
P.O. BOX 15512
YORK PA 17405

BALLARD SPAHR ANDREWS & INGERSOLL
3300 NORTH CENTRAL AVENUE, SUITE 1800
PHOENIX AZ 85012-2518

BANNER OCCUPATIONAL
HEALTH SERVICES 1441 N. 12TH ST.
PHOENIX AZ 85006

BARRDAY
75 MOOREFIELD STREET
CAMBRIDGE, ON N1R5W6

BARRDAY
P.O. BOX 931893
ATLANTA GA 31193

BARRIER CORPORATION
P.O. BOX 23008
PORTLAND OR 97281

BARTON
SIX WARREN STREET
GLENS FALLS NY 12801

BASIC WESTERN USA
1735 MERRIMAN ROAD
AKRON OH 44313

BEARING BELT AND CHAIN, INC.
P.O. BOX 20427
PHOENIX AZ 85034

BENDER ASSOCIATES INC.
5030 S MILL AVE SUITE C2
TEMPE AZ 85282

BMW FINANCIAL SERVICES
P.O. BOX 78103
PHOENIX AZ 85062-8103

D. LAMAR HAWKINS
HEATHER A. MACRE
AIKEN SCHENK HAWKINS & RICCIARDI P.C.
2390 E. CAMELBACK RD., SUITE 400
PHOENIX, ARIZONA 85016

BFG INDUSTRIES, INC.
3802 ROBERT PORCHER WAY
GREENSBORO NC 27410

BOURDON FORGE COMPANY INC.
99 TUTTLE ROAD
MIDDLETOWN CT 06457

BUELER
41 WAUKEGAN ROAD
LAKE BLUFF IL 60044

BLUE CROSS BLUE SHIELD OF ARIZONA
ATTN: CASH CONTROL
2444 W. LAS PALMARITAS DRIVE
PHOENIX AZ 85021

C SQUARED CAPITAL PARTNERS, L.L.C.
9330 S. PRIEST DRIVE
TEMPE AZ 85284

BOB SMITH INDUSTRIES, LLC
8060 MORRO ROAD
ATASCADERO CA 93422

CAMPBELL'S GRANITE SURFACE PLATE
P.O. BOX 11055
CASA GRANDE AZ 85230

BORDER STATES ELECTRICAL SUPPLY
5519 E WASHINGTON
PHOENIX AZ 85034

CARQUEST AUTO PARTS
6615 W CHANDLER BLVD
CHANDLER AZ 85226

BRADY INDUSTRIES OF ARIZONA LLC
7055 LINDELL RD
LAS VEGAS NV 89118

ELIZABETH K. FLAAGAN
FAEGRE BAKER DANIELS LLP
1700 LINCOLN STREET, SUITE 3200
DENVER, CO 80203

BRON TAPES OF ARIZONA
2706 E. CHAMBERS
PHOENIX AZ 85040

C SQUARED CAPITAL PARTNERS L.L.C.
SNELL & WILMER L.L.P.
C/O STEVEN D. JEROME, EVANS O'BRIEN
JILL H. PERRELLA
400 E. VAN BUREN
PHOENIX AZ 85004

CAID INDUSTRIES, INC.
2275 E. GANLEY ROAD
P.O. BOX 26945
TUCSON AZ 85726

CAN-DO NATIONAL TAPE COMPANY
195 POLK AVENUE
NASHVILLE TN 37204

CASETECH REUSABLE SHIPPING CASES
441 S. 48TH STREET, SUITE 106
TEMPE AZ 85281

CBIZ MHM, LLC
1065 AVENUE OF THE AMERICAS
MANHATTAN NY 10018

CDW DIRECT LLC
1850 E NORTHROP BLVD
CHANDLER AZ 85286

CDW
P.O. BOX 75723
CHICAGO IL 60675-5723

CENTRIC ELEVATOR CORPORATION
5249 S. 28TH PLACE, STE. 1
PHOENIX AZ 85040

CENTURY SPRING CORP.
231274 MOMENTUM PLACE
CHICAGO IL 60689-5311

CENTURYLINK 480-705-0774 214B
PO BOX 29040
PHOENIX AZ 85038-9040

CEVA FREIGHT LLC
PO BOX 660367
DALLAS TX 75266

CHEM RESEARCH CO INC
1101 W HILTON AVE
PHOENIX AZ 85007

CHEMTREAT
4461 COX ROAD
GLEN ALLEN VA 23060

CHEMTREAT, INC.
15045 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

STANLEY CONVERGENT SECURITY
55 SHUMAN BLVD STE 900
NAPERVILLE IL 60563

CHESAPEAKE DEFENSE SERVICES, INC.
CHESAPEAKE TESTING: LIZ SEABURN
4695 MILLENIUM DRIVE
BELCAMP MD 21017

STAPLES BUSINESS ADVANTAGE
500 STAPLES DRIVE
PO BOX 9256
FARMINGHAM MA 01701

CHUBB/FEDERAL INSURANCE CO.
C/O WICK PILCHER INSURANCE CO.
2201 E. CAMELBACK, #220A
PHOENIX AZ 85016

CITY OF CHANDLER
PO BOX 52613
PHOENIX AZ 85072

3552463v2/22420-0006

CLEARINGHOUSE
P.O. BOX 52107
PHOENIX AZ 85072-2107

CLIMATEC
2851 W. KATHLEEN ROAD
PHOENIX AZ 85053

COAST ALUMINUM & ARCHITECTURAL
4455 WEST MAGNOLIA
PHOENIX AZ 85043

COHEN KENNEDY DOWD & QUIGLEY
2425 E. CAMELBACK ROAD
PHOENIX AZ 85016

COMPOSITE ONE, LLC
4526 PAYSPHERE CIRCLE
CHICAGO IL 60674-4526

COMPRESSED AIR POWER
2507 E. CHAMBERS ST.
PHOENIX AZ 85040

CONSONA
DEPT CH 17959
PALATINE IL 60055-7959

CONSTANCE A. MCGOVERN
FLAT 4, SLOANE GATE MANSION
D'OYLEY STREET
LONDON, UK    SW1X 9AF

CONTRA THREAT SCIENCES, LLP
14 HEATHER COURT
ELKTON, MD 21921-0000

COORSTEK
3315 BOONE ROAD
BENTON AR 72015

COORSTEK
DEPT. #1515
DENVER CO 80291-1515

COPPER STATE BOLT & NUT CO. INC.
3622 N 34TH AVE.
PHOENIX AZ 85017

COPPER STATE BOLT & NUT CO., INC.
P.O. BOX 540757
DALLAS TX 75354-0757

COX COMMUNICATIONS
PO BOX 78071
PHOENIX AZ 85062-8071

CRATING TECHNOLOGY INC.
3909 E MIAMI AVE
PHOENIX AZ 85034-6607

CUSTOM TECH SERVICES LLC
7319 S. ATWOOD, STE. 109
MESA AZ 85212

CYBERMETRICS
16100 N. GREENWAY-HAYDEN LOOP, SUITE
100
SCOTTSDALE AZ 85260

DAVE DOWNING & ASSOCIATES
130 N 39TH AVE
PHOENIX AZ 85009

DAVID A. WIRTHLIN
1779 E. TRADEWIND COURT
GILBERT AZ 85234

SSM INDUSTRIES
211 ELLIS AVENUE
SPRING CITY TN 37381

STANDARD BENT GLASS CO.
136 LINCOLN AVE.
EAST BUTLER PA 16029

DDI
1225 WASHINGTON PIKE
BRIDGEVILLE PA 15017

DE LAGE LANDEN
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087

DEFENSE SUPPLY CENTER PHILADELPHIA
(DSCP)
700 ROBBINS AVE.
PHILADELPHIA PA 19111

DELAWARE SECRETARY OF STATE
PO BOX 11728
NEWARK NJ 07101

DEMMER
24830 NETWORK PLACE
CHICAGO IL 60673-1248

DIAB SALES INC
8700 AUTOBAHN DR
DALLAS TX 75237

DI-MATRIX
5225 S. 31ST PLACE
PHOENIX AZ 85040

DISTRIBUTION BY AIR, INC.
RICHARD GOLWITZER
5404 N. 99TH STREET
OMAHA, NE 68134

DISTRIBUTION BY AIR, INC.
P.O. BOX 844722
DALLAS TX 75284-7422

DIVERSIFIED SYSTEMS, INC.
P.O. BOX 14970
GREENVILLE SC 29610

DLA AVIATION
ASC COMMODITIES DIVISION
8000 JEFFERSON DAVIS HWY
RICHMOND VA 23297

DOLLAR CAR RENTAL
DTG OPERATIONS, INC.
BOK DEPT 404
TULSA, OK 74182

DOLPHIN CAPITAL
P.O. BOX 644006
CINCINNATI OH 45264-4006

DR. NABIL DAEF
75 EL YASMIN GREEN LAND
SECOND TORUSTIC VILLAGE
6TH OCTOBER, CAIRO, EGYPT

DRESSER ARGUS, INC.
36 BRIDGE STREET
BROOKLYN NY 11201-1170

DSM DYNEEMA LLC
1101 HIGHWAY 27 SOUTH
STANLEY NC 28614

DURO INDUSTRIES
110 CHACE STREET
FALL RIVER MA 02724

D-VELCO AVIATION SERVICES
300 SOUTH 23RD STREET
PHOENIX AZ 85034

EASTMAN MACHINE COMPANY
779 WASHINGTON STREET
BUFFALO NY 14203

ED RAICHERT, INC.
3517 N. 42ND AVENUE
PHOENIX AZ 85019

EDDINGTON THREAD MANUFACTURING
3222 KNIGHTS ROAD
BENSALEM PA 19020

EDM PERFORMANCE ACCESSORIES
1400 PIONEER STREET
BREA CA 92821

EDM
10603 N. HAYDEN ROAD SUITE H-102
SCOTTSDALE AZ 85260

EJM DEVELOPMENT COMPANY
C/O FRED STILES
7419 EAST HELM DRIVE, SUITE E
SCOTTSDALE AZ 85260

EMANON AIRCRAFT FASTNERS
404 S. LAKE STREET
BURBANK CA 91502

EMERGENCY LIGHT BATTERIES
13168 W. MONTE VISTA
GOODYEAR AZ 85395

EPIC CREATIVE SERVICES
MICHAEL JAMES MALONEY
1075 NALLEY RD
ROCK HILL SC 29732

EVANSTON INSURANCE CO.
C/O WICK PILCHER INSURANCE CO.
2201 E. CAMELBACK, #220A
PHOENIX AZ 85016

EQUIPNOR - NFM GROUP
GLYNITVEIEN 27 1400 SKI, NORWAY

EVERGREEN TRADE INC.
3850 THREE MILE LANE
MCMINNVILLE OR 97128

EXHIBITS SOUTHWEST
6630 S. ASH AVE.
TEMPE AZ 85283

FAIR-RITE PRODUCTS CORPORATION
ONE COMMERCIAL ROW
WALLKILL NY 12589-0288

FASNAP CORPORATION
23669 REEDY DR.
ELKHART IN 46514

FASTENAL
80A INDUSTRIAL ROAD
LODI NJ 07644

FASTENING SYSTEMS
2288 VALLEY BLVD.
POMONA CA 91768

FEDEX FREIGHT INC
DEPT CH - POB 10306
PALATINE IL 60025

FENNEMORE CRAIG, PC
3003 N. CENTRAL AVE #2600
PHOENIX AZ 85012-2913

FERNANDAO VELDERRAMA
BIOVERSA, CRA 65B N 10A-5
BOGOTA, COLUMBIA

FIRETROL PROTECTION SYSTEMS
2165 W. PECOS ROAD, #5
CHANDLER AZ 85224

FIRST BANKCARD
PO BOX 2818
OMAHA NE 68103-2818

FISHERIES SUPPLY, INC
1900 N NORTHLAKE WAY, #110
SEATTLE WA 98103

FLOW INTERNATIONAL CORPORATION
P.O. BOX 749647
LOS ANGELES CA 90074-9647

FULL FLIGHT ENTERPRISES LLC
2256 N. 63RD PLACE
MESA AZ 85215

GE INTELLIGENT PLATFORMS
PO BOX 641275
PITTSBURGH PA 15264

GEHRING TEXTILES, INC.
1225 FRANKLIN AVE, SUITE 300
GARDEN CITY NY 11530

GENERAL FASTNERS COMPANY
37584 AMRHEIN ROAD, SUITE 150
LIVONIA MI 48150

GENERAL PLASTICS MANUFACTURING CO
4910 BURLINGTON WAY
TACOMA WA 98409

GEO KNIGHT AND COMPANY, INC.
52 PERKINS ST.
BROCKTON MA 02302

SPUNFAB
175 MUFFIN LANE
CUYAHOGA FALLS OH 44223

SRP
P.O BOX 2950
PHOENIX AZ 85062-2950

GLENDALE INDUSTRIAL SUPPLY
2121 N. 23RD AVE.
PHOENIX AZ 85009

GMR/PREMIER WASTE
450 W RAY RD., SUITE 17 PMB #209
CHANDLER AZ 85226

GOWLING LAFLEUR HENDERSON LLP
1 FIRST CANADIAN PLACE 100 KING STREET
W
TORONTO, ONTARIO M5X1G5

GRAINGER
DEPT 600
PALATINE IL 30024

GRAINGER
DEPT 842859233
P.O. BOX 419267
KANSAS CITY MO 64141-6267

GRAPHICS OF TEMPE
1929 E. 5TH STREET
TEMPE AZ 85281

GRAVIKOR INC.
401 WEST MORGAN ROAD
ANN ARBOR MI 48108

GREAT LAKES COMPUTER
5555 CORPORATE EXCHANGE CT, SE
GRAND RAPIDS MI 49512

WILLIAM PERCIBALLI
15033 S. 6TH PLACE
PHOENIX AZ 85048

GRUBER POWER SERVICES
GRUBER TECHNICAL
21613 N. 2ND AVENUE
PHOENIX AZ 85027

JCS REFRIGERATION, INC.
8219 N 178TH AVE
WADDELL AZ 85355

H.P. WHITE LABORATORY, INC.
3114 SCARBORO ROAD
STREET MD 21154-1822

H2O ENVIRONMENTAL
6679 S. SUPPLY WAY
BOISE ID 83716

HARBOR FREIGHT TOOLS
26541 AGOURA RD
CALABASAS CA 91302

HARTFORD LIFE INSURANCE COMPANIES
THE HARTFORD RETIREMENT PLANS GROUP
P.O. BOX 55274
BOSTON MA 02205-5274

HD SUPPLY
2902 S. 44TH STREET
PHOENIX AZ 85040

HEALTH ADVOCATE, INC.
3043 WALTON ROAD, SUITE 150
PLYMOUTH MEETING PA 19462

HIS COMPANY
P.O. BOX 844775
DALLAS TX 75284

HISCO
1150 W GENEVA DR
TEMPE AZ 85282

HISCO
MONTY SCHLAHT
1839 W. DRAKE DRIVE STE 102
TEMPE AZ 85283

HISCO
P.O. BOX 844775
DALLAS TX 75284-4775

HOME DEPOT CREDIT SERVICES
PO BOX 183176
COLUMBUS, OH 43218-3176

HOME DEPOT CREDIT SERVICES
PO BOX 9101
DES MOINES IA 50368

HONEYWELL
PO BOX 905210
CHARLOTTE NC 28290

HOWELL PRECISION SHEET METAL, LLC
21411 N CENTRAL AVE #C
PHOENIX AZ 85083

HSGM INC
1865 E MAIN ST #5
DUNCAN SC 29334-9215

HSH INTERPLAN INC NORTH AMERICA
1564 S. ANAHEIM BLVD. SUITE B
ANAHEIM CA 92805

ID SUPER STORE
250 H STREET, #510
BLAINE WA 98230

IHS GLOBAL
15 INVERNESS WAY EAST
ENGLEWOOD CO 80112

INDICOM LECTRIC COMPANY
3402 E. WEIR AVENUE
PHOENIX AZ 85040

INDUSTRIAL METAL SUPPLY CO.
5150 S 48TH ST
PHOENIX AZ 85040

INDUSTRIAL METAL SUPPLY CO.
NORMAN INDUSTRIAL MATERIALS
8300 SAN FERNANDO ROAD
SUN VALLEY CA 91352

INDUSTRIAL SAFETY SHOE CO.
835 W. 22ND STREET #108
TEMPE AZ 85282

INDUSTRIE BITOSSI S.P.A.
410 MARKET STREET
ELMWOOD PARK NJ 07407

INDUSTRIE BITOSSO S.P.A.
C/O UNICREDITO ITALIANO
LOCKBOX 1100005769
NEW YORK NY 10017

INGERSOLL RAND COMPANY
P.O. BOX 951358
DALLAS TX 75395

INTERTEK CONSUMER GOODS
545 E ALGONQUIN RD SUITE F
ARLINGTON HEIGHTS IL 60005

INYATI INDUSTRIAL LLC
580 N 54TH ST
CHANDLER AZ 85226

J&L INDUSTRTIAL SUPPLY
MSC INDUSTRIAL SUPPLY
P.O. BOX 382070
PITTSBURGH PA 15250-8070

JACOBSON WHSE CO/SOUTHWEST S&D
4701 W. JEFFERSON ST.
PHOENIX AZ 85043

SUREFIRE, LLC
18300 MT BALDY CIR
FOUNTAIN VALLEY CA 92708

TOOLNET INTERNATIONAL
2245 E WASHINGTON ST
PHOENIX AZ 85034

TOP VALUE FABRIC
P.O. BOX 2050
CARMEL IN 46082-2050

TOYOTA MOTOR CREDIT CORP.
COMMERCIAL FINANCE DEPT 2431
CAROL STREAM IL 60132-2431

TRAVELERS INSURANCE CO.
C/O WICK PILCHER INSURANCE CO.
2201 E. CAMELBACK, #220A
PHOENIX AZ 85016

3552463v2/22420-0006

JOBING.COM
P.O. BOX 29386
PHOENIX AZ 85038-9386

K-ZELL METALS, INC.
1725 EAST BROADWAY ROAD
TEMPE AZ 85040-2407

L.C.O.A. COMPOSITES
20322 WINDROW DRIVE, SUITE 160
LAKE FOREST CA 92630

LA BRAVA
VIRREY LINIERS, 714 CAPITAL FEDERAL
CIUDAD AUTONOMA, BUENOS AIRES,
ARGENTINA
1202

LAIRD PLASTICS
301 E. WATKINS
PHOENIX AZ 85042

TENCATE GEOSYNTHETICS N.A.
P.O. BOX 100288
ATLANTA GA 30384-0288

TERMINIX INTERNATIONAL
2329 W MESCAL ST #303
PHOENIX AZ 85029

TERMINIX INTERNATIONAL
2400 W SOUTHERN AVE
SUITE 101
TEMPE AZ 85282

TERRYBERRY COMPANY
5010 E. SHEA BLVD., C-116
SCOTTSDALE AZ 85254

JP MORGAN CHASE BANK, N.A.
BUSINESS BANKING
201 N. CENTRAL AVENUE
PHOENIX, AZ 85001


TRELLEBORG COATED SYSTEMS US, INC.
790 REEVES ST
SPARTANBURG, SC 29301

MANDALL BARRIERWORKS, LLC
7071 W. FRYE RD
CHANDLER, AZ 85226


TRELLEBORG ORKOT COMPOSITES
2535 PRAIRIE RD. UNIT D
EUGENE OR 97402

TSA CONTRACTING
200 WEST PARKWAY SUITE 300
EGG HARBOR TOWNSHIP NJ 08234


KIMBALL MIDWEST
4800 ROBERTS RD
COLUMBUS OH 43228

K-L MFG CO.
2726 N. MONROE ST.
SPOKANE WA 99205


KLINGSPOR ABRASIVES, INC.
PO BOX 2367
HICKORY NC 28603-2367

KOMAR ALLIANCE LLC
1200 ARTHUR AVE
ELK GROVE VILLAGE IL 90640


KOMAR APPAREL SUPPLY
P.O. BOX 2015
MONTEBELLO CA 90640

3552463v2/22420-0006

LARRY RODER
6809 SOUTH PINEHURST DRIVE
GILBERT AZ 85298

LAUFENBERG GMBH
KRUESERSTR .2
KREFELD, GERMANY 47839

LAW OFFICES OF JAMES L FARMER PLLC
511 CONCORDA DRIVE
TEMPE AZ 85282

LCR SERVICES
3606 E. SOUTHERN AVE, STE. # 3
MESA AZ 85040

LEAF
P.O. BOX 644006
CINCINATTI OH 45264-4006

LECTRA SYSTEMS, INC.
P.O. BOX 198501
ATLANTA GA 30384-8501

LECTRA
889 FRANKLIN RD
MARIETTA GA 30067

LEGACY INTERNATIONAL, INC.
D.L. FITZPATRICK, III
P.O. BOX 270
WOODINVILLE WA 98072

LESLIE'S POOLMART
3925 E. BROADWAY ROAD
PHOENIX AZ 85040

LINCOLN FABRICS
63 LAKEPORT ROAD
ST. CATHERINES, ONTARIO L2N4P6

LINCOLN PROPERTY COMPANY
C/O DAVID KRUMWIEDE, EXECUTIVE VP
3131 E. CAMELBACK RD, SUITE 318
PHOENIX AZ 85016

STATE OF MICHIGAN
MICHIGAN DEPT OF TREASURY
P.O. BOX 30113
LANSING MI 48909

LIVERMORE SOFTWARE TECHNOLOGY CORP
P.O BOX 712
LIVERMORE CA 94551-0712

LONG RANGE SERVICES
102 W LOON COURT
HAMPSTEAD NC 28443

LOWRY
9420 MALTBY RD.
BRIGHTON MI 48116

LOWY ENTERPRISES, INC
1970 E. GLAWICK STREET
COMPTON CA 90220

LSTC / LIVERMORE SOFTWARE
TECHNOLOGY COR
PO BOX 712
LIVERMORE CA 94551

TEMPE ABRASIVES
P.O. BOX 24775
TEMPE AZ 85285

TEMTCO
2465 W. HOUSTON AVENUE
APACHE JUNCTION AZ 85220

LUNCHBOX COLLECTIVE
PO BOX 1688
TEMPE AZ 85280

MAC PACKAGING COMPANY
125 W. GEMINI, STE E4
TEMPE AZ 85283-5606

MAGID GLOVE & SAFETY MFG CO. LLC
2060 N KOLMAR AVE
CHICAGO IL 60639

MAINSPRING CAPITAL GROUP
C/O JOE BAYER
8925 E. PIMA CENTER PKWY, SUITE 200
SCOTTSDALE AZ 85258

MANDALL ARMOR DESIGN AND
MANUFACTURING
ATTN: MICHAEL MANDALL
306 E. WEXFORD COVE
PHOENIX, AZ 85020

MANDALL ARMORED BARRIER SYSTEMS
901 E. MADISON STREET
PHOENIX AZ 85034

MANTEK
23261 NETWORK PLACE
CHICAGO IL 60673

MANUFACTURING RESOURCE PARTNERS
1350 JOY LAKE RD
RENO NV 89511

STANLEY CONVERGENT SECURITY
DEPT CH 10651
PALATINE IL 60055-0651

TAPECRAFT CORPORATION
500 E. LA PALMA AVE.
ANAHEIM CA 92807

TARR, LLC
M/S #15
P.O. BOX 4100
PORTLAND OR 97208

TECHFIBER, LLC
1505 W. 17TH STREET
TEMPE, AZ 85281

TECHNOLOGY MARKETING, INC.
6122 STRATLER STREET
SALT LAKE CITY UT 84107

MARICOPA COUNTY TREASURER
P.O. BOX 52133
PHOENIX AZ 85072

RENEE SANDLER SHAMBLIN
OFFICE OF U.S. TRUSTEE
230 N. FIRST AVE., SUITE 204
PHOENIX, AZ 85003

MARK BARNES & ASSOCIATES
ATTORNEYS AT LAW SUITE 1255
1350 EYE STR
WASHINGTON DC 20005

STP PERFORMANCE COATING LLC
406 E PIONEER ST
PHOENIX AZ 85040

THE LINCOLN NATIONAL LIFE INS. CO
P.O. BOX 0821
CAROL STREAM IL 60132-0821

MARZEE, INC.
2345 N. 34TH DRIVE
PHOENIX AZ 85009

THE PAYTON COMPANY
4009 GREENHILL PLACE
AUSTIN TX 78759

MBI INDUSTRIAL MEDICINE, WEST
3501 W. OSBORN ROAD
PHOENIX AZ 85009

MC MACHINERY SYSTEMS, INC.
1500 MICHAEL DRIVE
WOODDALE IL 60191

MCFARLAND MACHINE & ENGINEERING
227 W VAUGHN ST
TEMPE AZ 85283

MCMASTER-CARR SUPPLY COMPANY
9630 NORWALK BLVD
SANTA FE SPRINGS CA 90670-2932

MCMASTER-CARR SUPPLY COMPANY
P.O. BOX 7690
CHICAGO IL 60680-7690

MCQUAY INTERNATIONAL
1056 SOLUTIONS CENTER
CHICAGO IL 60677

MCQUAY SERVICE
2330 W MISSION LN
PHOENIX AZ 85021

MCUBED TECHNOLOGIES, INC.
P.O. BOX 30897
NEW YORK NY 10087-0897

TYR TACTICAL, LLC
16661 NORTH 84TH AVENUE SUITE 110
PEORIA AZ 85382

MESA SIGN & STAMP CO., INC.
510 S. LEWIS
MESA AZ 85210

METRO FIRE EQUIPMENT
63 S HAMILTON PL
GILBERT AZ 85233

MGA RESEARCH CORPORATION
446 EXECUTIVE DR
TROY MI 48312

UNIVERSAL LASER SYSTEMS INC.
7845 E. PARADISE LANE
SCOTTSDALE AZ 85260

UNIVERSAL SEWING SUPPLY
1011 EAST PARK INDUSTRIAL DRIVE
SAINT LOUIS MO 63130

TUCSON ABRASIVES, LLC
3525 S. PALO VERDE ROAD
TUCSON AZ 85713

MILITARY SYSTEMS GROUP
736 FESSLERS LANE
NASHVILLE TN 37210

U.S. BANK EQUIPMENT FINANCE
13010 SW 68TH PKWY STE 100
PORTLAND OR 97223

MITEL LEASING INC.
4310 E COTTON CENTER BOULEVARD
BUILDING A, SUITE 100
PHOENIX AZ 85040

MITEL LEASING, INC.
P.O. BOX 972448
DALLAS TX 75397

MK DIAMOND PRODUCTS INC.
1315 STORM PARKWAY
TORRANCE CA 90501

MLC CAD SYSTEMS
3370 N. HAYDEN RD, #123-264
SCOTTSDALE AZ 85251

U.S. AIR TOOL COMPANY
1219 W MAHALO PL
RANCHO DOMINGUEZ CA 90220

U-LINE
25392 COMMERCENTRE DR
LAKE FOREST CA 92630

UC REGENTS
9500 GILMAN DRIVE
LA JOLLA CA 92093-0009

MORGAN AM&T
16263 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

ULINE INC.
2200 S. LAKESIDE DRIVE
WAUKEGAN IL 60085

MS GUADALUPE
MAINSPRING CAPITAL GROUP
8925 E. PIMA CENTER PARKWAY, SUITE 200
SCOTTSDALE AZ 85258

MSC INDUSTRIAL SUPPLY CO., INC.
DEPT CH 0075
PALATINE IL 60055-0075

NAPA AUTO PARTS
FILE 56893
LOS ANGELES CA 90074

US BANCORP EQUIPMENT FINANCE, INC.
P.O. BOX 790448
SAINT LOUIS MO 63179

UPS SUPPLY CHAIN SOLUTIONS
28013 NETWORK PLACE
CHICAGO IL 60673

NATCHEZ SHOOTERS SUPPLIES
2600 WALKER RD
CHATTANOOGA TN 37421

UPS
P.O. BOX 894820
LOS ANGELES CA 90189-4820

NATION WIDE VISION
220 NORTH MCKEMY
CHANDLER AZ 85226

NATIONAL CALIBRATION INC.
3737 E. BROADWAY ROAD
PHOENIX AZ 85040

NATIONAL CUSTOM PRINTING, INC.
P.O. 24242
KNOXVILLE TN 37933

NAVIGATORS SPECIALTY INSURANCE CO.
C/O WICK PILCHER INSURANCE CO.
2201 E. CAMELBACK, #220A
PHOENIX AZ 85016

NEI SOFTWARE
5555 GARDEN GROVE BLVD., STE. 300
WESTMINSTER CA 92683-1886

NEPTUNUS SEA AND LAND
STORANGSVAGEN 25
STOCKHOLM, SWEDEN 115 25

NETMRO INC.
1441 NW 89TH COURT
MIAMI FL 33172

NICHOLAS PHILIP SKILTON
UNIT 7 HARRIER COURT
WESTCOTT LANE EXETER AIRPORT
DEVON, EX5 2DR

NORTH 54TH STREET VENTURE
C/O JOSEPH E. COTTERMAN, ANDANTE LAW
4110 N. SCOTTSDALE RD., SUITE 330
SCOTTSDALE AZ 85251

NORTH 54TH STREET VENTURE, LLC
165 S. UNION BLVD. #510
DENVER CO 80228

NORTH 54TH STREET VENTURES, LLC
C/O ALLIANCE COMMERCIAL PARTNERS
3200 NORTH CENTRAL AVE, SUITE 1500
PHOENIX AZ 85012

NORTH EAST KNITTING, INC.
179 CONANT STREET
PAWTUCKET RI 02860

NOVELLUS SYSTEMS, INC. C/O LAM
RESEARCH
C/O SCOTT SCOWDEN, REAL ESTATE
MANAGER
11155 SW LEVETON DRIVE
TUALATIN OR 97062

NOVELLUS SYSTEMS, INC.
C/O RANDY MCFARLAND, VP REAL ESTATE
3930 N. FIRST STREET
SAN JOSE CA 95134

NTS / US TEST LABORATORY, LLC
7477 W 33RD N
WICHITA KS 67205

NTS/US TEST LABORATORY, LLC
P.O. BOX 67163
DALLAS TX 75267-1613

NU-SOURCE, INC.
4629 S. 33RD STREET
PHOENIX AZ 85040

OFFICE OF NAVAL RESEARCH
ONR 253
875 N. RANDOLPH STREET
ARLINGTON VA 22203

W.W. GRAINGER INC
775 E. BASELINE ROAD
GILBERT AZ 85233

OMEGA ENGINEERING
P.O. BOX 405369
ATLANTA GA 30384-5369

OPTITEX USA INC.
325 W 35TH STREET, SUITE 1107
NEW YORK NY 10018

ORACLE
500 ORACLE PARKWAY
REDWOOD SHORES CA 94065

UNIVERSAL FOREST PRODUCTS
PO BOX 823206
PHILADELPHIA PA 19182-3206

3552463v2/22420-0006

PACKAGING SPECIALTISTS, INC.
602 S. 54TH AVENUE
PHOENIX AZ 85043

PARKER STORE
3526 E. BROADWAY RD
PHOENIX AZ 85040

UNIVERSITY LOCK & SECURITY, INC
1031 W UNIVERSITY DR
TEMPE AZ 85281

ZEE MEDICAL INC
P.O. BOX 781525
INDIANAPOLIS IN 46278-8525

UPS
P.O. BOX 1216
RICHMOND VA 23218-1216

PAUL'S ACE HARDWARE
1800 N SCOTTSDALE RD
SCOTTSDALE AZ 85257

UPSTREAM CONSULTING
P.O. BOX 30279
MESA AZ 85275-0279

PENSKE TRUCK LEASING CO.
P.O. BOX 7429
PASADENA CA 91109-7429

USSOCOM REGIONAL CONTRACTING RDA
PO BOX 70599
FORT BRAGG NC 28307

PHOENIX DJ
JOEY SCHWEGEL
15740 E. SYCAMORE
FOUNTAIN HILLS AZ 85268

PHOENIX SMALL TOOL & REPAIR
835 W. 22ND STREET, #109
TEMPE AZ 85282

PHYSICS APPLICATIONS INC.
7635 WILMINGTON PIKE
DAYTON OH 45448

PIONEER EQUIPMENT, INC.
3738 E. MIAMI AVENUE
PHOENIX AZ 85040

PLASCORE INC
615 N. FAIRVIEW ST.
PO BOX 170
ZEELAND MI 49464-0170

PLASTIFAB
3801 E. ANNE STREET
PHOENIX AZ 85040

PLIC-SBD GRAND ISLAND
PO BOX 10372
DES MOINES IA 50306-0372

POINT BLANK BODY ARMOR, INC.
DEPT. #0685
P.O. BOX 850001
ORLANDO FL 32885-0685

POINT BLANK BODY ARMOR, INC.
11 OLD WESTBURY ROAD
OLD WESTBURY NY 11568

PREATORIAN MANUFACTURING, INC.
2190 INDUSTRIAL DRIVE
NILES MI 49120

PRECISION TESTING LABORATORIES
313 HILL AVENUE
NASHVILLE TN 37210

PREMIER PRECISION GROUP
MI 51
P.O. BOX 9201
MINNEAPOLIS MN 55480-9201

PREMIER WASTE SERVICES
2454 S 7TH AVE.
PHOENIX, AZ 85007

PREMIER WASTE SERVICES, INC
450 W RAY ROAD SUITE 17 PMB #209
CHANDLER AZ 85226

PRINCIPAL FINANCIAL GROUP
711 HIGH STREET
DES MOINES IA 50392

PRINTING SPECIALISTS LLC
1929 E. 5TH STREET
TEMPE AZ 85281

US CARGO CONTROL
2535 BING MILLER LN
URBANA IA 52345

PROGRESSIVE BUSINESS PUBLICATIONS
P.O. BOX 3019
MALVERN PA 19355-9790

PROTEX LATCHES
34 BENTON PLACE
ST. LOUIS MO 63104

PTC
MAINTENANCE RESELLER CORPORATION
400 W CUMMINS PARK, SUITE 4450
WOBURN MA 01801

PURCHASE POWER
PO BOX 371874
PITTSBURGH PA 15250

PURVIS INDUSTRIES
10500 N. STEMMONS FRWY
DALLAS TX 75220

QUENCH USA INC.
780 5TH AVE. #200
KING OF PRUSSIA PA 19406

R D ABBOTT COMPANY
12330 MCCANN DRIVE
SANTA FE SPRINGS CA 90670

R.S. HUGHES CO., INC.
236 E. PIMA STREET, #108
PHOENIX AZ 85004

RAMSEY WELDING SUPPLY INC
3767 E BROADWAY RD #12/13
PHOENIX AZ 85040

RAMSEY WELDING SUPPLY, INC.
6805 N. 55TH AVENUE
GLENDALE AZ 85301

VELCRO USA
406 BROWN AVENUE
MANCHESTER NH 03103

VISUAL COMPLIANCE
PEACE BRIDGE PLAZA
BUFFALO NY 14213

VAL-TECH MANUFACTURING
VALENTE ENTERPRISES
1034 W. 23RD STREET
TEMPE AZ 85282

READY ONE
1414 ABILITY DRIVE
EL PASO TX 79936

RELIASCENT LLC
1777 S HARRISON ST STE 350
DENVER CO 80210

VORTANT TECHNOLOGIES, LLC
88 HIGH COUNTRY ROAD
WEAVERVILLE NC 28787

RICE LAKE AIRE CENTER
P.O. BOX 300
CAMERON WI 54822

WACO COMPOSITES I, LTD.
P.O. BOX 21223
WACO TX 76702-1223

WHITE FAMILY TRUST
T.R. WHITE
1155 STRADELLA ROAD
LOS ANGELES CA 90077

WHITE FAMILY TRUST
C/O TED SPARKS
7010 E. HALIFAX DRIVE
MESA AZ 85207

ROBERT HALF TECHNOLOGY
P.O. BOX 60000
SAN FRANCISCO CA 94160-3484

VERIZON WIRELESS
PO BOX 9622
MISSION HILLS CA 91346-9622

ROK STRAPS
162 LOCUST HILL DRIVE
ROCHESTER NY 14618

SAIC
113 HOWARD STREET
SUITE 101
LA PLATA MD 20646

SAVANNAH LUGGAGE WORKS
3428 HIGHWAY 297 NORTH
VIDALIA GA 30474

SAV-ON PLATING, INC.
17 WEST WATKINS ROAD
PHOENIX AZ 85003

WOLTERS KLUWER LAW & BUSINESS
ACCT RECEIVABLE DEPT
4829 INNOVATION WAT
CHICAGO IL 60682-0048

XO COMMUNICATIONS SERVICES, LLC
PO BOX 31001-0429
PASADENA CA 91110

YKK SNAP FASTENERS AMERICA, INC.
302 FACTORY AVENUE
P.O. BOX 240
LAWRENCEBURG KY 40342

YKK
P.O. BOX 100181
ATLANTA GA 30384

SBS LEASING DE LAGE LANDEN FINANCE
PO BOX 41602
PHILADELPHIA PA 19101-1602

SCHENKER, INC.
P.O. BOX 19571
IRVINE CA 92623-9571

SCHOELLER TEXTILES USA, INC.
621 FIFTH AVENUE NORTH STE B
SEATTLE WA 98109

SCHWARTZ LAW FIRM
SOUTHPARK TOWERS
6100 FAIRVIEW ROAD, SUITE 1135
CHARLOTTE, NC 28210

SCOTTSDALE PRECISION, INC.
TRANSFAC CAPITAL, LLC
P.O. BOX 3238
SALT LAKE CITY UT 84110-3238

SCOVILL FASTENERS, INC.
1802 SCOVILL DRIVE
CLARKSVILLE GA 30523

SCRIVEN PRECISION FABRICATING
6740 WEST CHICAGO
CHANDLER AZ 85226

WEBNETTRAINING
8663 JEFFERSON HIGHWAY
OSSEO MN 55369

SEKRI INDUSTRIES
1205 WEST CUMBERLAND GAP PARKWAY
CORBIN KY 40701

SERVICE BY AIR
P.O. BOX 7777
OLD BETHPAGE NY 11804-0060

SHERWOOD SYSTEMS
1717 E MORTEN, SUITE 270
PHOENIX AZ 85020

SIEMENS PLM SOFTWARE
13690 RIVERPORT DR.
MARYLAND HEIGHTS MO 63043

SIERRACIN
12780 SAN FERNANDO ROAD
SYLMAR CA 91342

SIGHTCARE
220 N. MCKEMY
CHANDLER AX 85226

SIGMA-ALDRICH
PO BOX 14508
ST. LOUIS MO 63178

WATERMARK DEVELOPMENTS, LTD.
#110-1690 WATER STREET
KELOWNA, BC V1Y8T8

SOJITZ AEROSPACE AMERICA CORP.
1055 WEST 7TH ST, SUITE 1800
LOS ANGELES CA 90017

SOLID CONCEPTS
28309 AVENUE CROCKER
VALENCIA CA 91355

SOLOW LAWN MAINTENANCE
701 W GROVE PARKWAY
TEMPE AZ 85283

SOUTHWEST ELECTRONIC HARDWARE
16419 N. 91ST STREET, SUITE 110
SCOTTSDALE AZ 85260-3068

SOUTHWEST METAL FINISHING
2002 W. CAMPUS
TEMPE AZ 85282

SOUTWEST LAWN CARE, INC.
P.O. BOX 40275
MESA AZ 85274-0275

SPACE AGE AUTO PAINT STORE, INC
707 S COUNTRY CLUB DR
MESA AZ 85210

SPL PLUMBING SERVICES LLC
3833 WEST VILLA THERESA DR
GLENDALE AZ 85308

MARISSA CENTENO
U.S. BANK EQUIPMENT FINANCE
1310 MADRID STREET
MARSHALL, MN 56258

JAMES B. BALL
POLI & BALL, P.L.C.
2999 NORTH 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018

ELIZABETH K. FLAAGAN
FAEGRE BAKER DANIELS LLP
1700 LINCOLN STREET, SUITE 3200
DENVER, CO 80203

LORI A. LEWIS
DEPUTY COUNTY ATTORNEY
CIVIL SERVICES DIVISION
SECURITY CENTER BUILDING
222 N.ORTH CENTRAL
PHOENIX, AZ 85004-2206

S. CARY FORRESTER
FORRESTER & WORTH, PLLC
3636 N. CENTRAL AVE., STE. 700
PHOENIX, AZ 85012

TRAVIS S. WILLIAMS
THE FRUTKIN LAW FIRM, PLC
101 N FIRST AVE, SUITE 2410
PHOENIX, AZ 85003

SHAWN M. CHRISTIANSON, ESQ.
BUCHALTER NEMER
55 SECOND STREET, 17TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-3493

3552463v2/22420-0006