**THIS ORDER IS APPROVED.**

Dated: August 30, 2013



**Brenda Moody Whinery, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceedings |
|---|---|
| ARMORWORKS ENTERPRISES, LLC, TECHFIBER, LLC, | Case No. 2:13-bk-10332-BMW<br>Case No. 2:13-bk-10333-BMW |
| Debtors. | (Jointly Administered) |
| This Filing Applies to:<br>☐ Both Debtors<br>X  Specified Debtor | **ORDER AUTHORIZING INTERCOMPANY LOAN TO ARMORWORKS ENTERPRISES CANADA, ULC AND AMENDING FINAL DIP ORDER** |

THIS MATTER COMES BEFORE THE COURT pursuant to the *Verified Emergency Motion To Authorize Intercompany Loan To ArmorWorks Enterprises Canada, ULC* (the "Motion") filed by ArmorWorks Enterprises, LLC ("ArmorWorks" and the "Debtor"), debtor and debtor-in-possession in the above-captioned jointly administered bankruptcy case (the "Case") with TechFiber, LLC ("TechFiber" and with ArmorWorks, the "Debtors"). Unless otherwise stated, capitalized terms in this Order shall have the meanings ascribed to those terms in the Motion. Pursuant to the Motion, 11 U.S.C. §§ 105 and 363(b), Rules 2002, 6004, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") the Debtors ask the Court to enter an order authorizing: (i) ArmorWorks to make a multiple advance secured term loan of up to

1

Case 2:13-bk-10332-BMW    Doc 176    Filed 08/30/13    Entered 08/30/13 16:11:46    Desc
3733121v2/22420-0006            Main Document        Page 1 of 4

1 | $500,000 to ArmorWorks Enterprises Canada, ULC ("AW Canada"); (ii) authorizing a one-time variance from the Budget under the Final DIP Order to allow the loan to AW Canada; (iii) approving a non-refundable, fully earned $7,500 fee to the DIP Lender; (iv) amending Sec. 6.1(i) of the DIP Credit Agreement to provide that it shall be an "Event of Default" if "[t]he balance of Eligible Accounts is at any time less than $3,500,000"; (v) amending the definition of "Eligible Accounts" in the DIP Credit Agreement to include 75% of the net Eligible Accounts of AW Canada, up to a maximum of $500,000; and (vi) Waiving the fourteen-day stay period under Bankruptcy Rule 6004(h).

Notice of the Motion was provided to the Debtors' twenty (20) largest unsecured creditors, the Joint Official Committee of Unsecured Creditors (the "Committee"), Lancelot Armor, LLC ("DIP Lender"), Anchor Management, LLC and C Squared Capital Partners, LLC (the "C Squared Parties"), and all parties that have appeared or requested notice in the Case. The Court heard the Motion on an expedited basis at the request of the Debtors. Based on the Motion, all matters of record cited in or attached to the Motion, and the entire record before the Court in this Case, with respect to the Motion,

The COURT FINDS AND CONCLUDES as follows:

A. The Debtors provided due and sufficient notice of the Motion under the facts and circumstances of the Case, and no other or further notice is necessary or appropriate.

B. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

C. The statutory basis for the relief requested is 11 U.S.C. §§ 105 and 363(b).

D. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

E. This matter is a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2).

F. The Debtor has demonstrated sound good business reasons for making the loan to AW Canada, and it appears that the relief requested in the Motion is in the best

interests of the Debtors and their estates.

Based on the forgoing findings and conclusions,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The Motion is granted.

2. ArmorWorks is authorized to make up to a $500,000 multiple advance term loan to AW Canada, to be disbursed on an "as needed" basis, with interest at the rate being charged to the Debtors under the DIP Facility, secured by a lien against all assets of AW Canada, provided that the Debtors first have an agreement in place with DFAS Office of General Counsel, to the satisfaction of DIP Lender, for the immediate release of post-petition accounts receivable due and owing to ArmorWorks under the Protective Over Garment (POG) body armor Contract W91CRB12D0011, and the Debtor has confirmed that the post-petition payments required under the foregoing agreement have been received.

3. The Debtors shall be allowed a one-time variance from the Budget under the Final DIP Order for the purposes of making the loan, without prejudice to the Debtors requesting additional Budget variances in the future.

4. The Debtors are authorized to pay a non-refundable, fully earned $7,500 fee to DIP Lender.

5. Section 6.1(i) of the DIP Credit Agreement is hereby amended to provide that it shall be an "Event of Default" if "[t]he balance of Eligible Accounts is at any time less than $3,500,000."

6. The definition of "Eligible Accounts" in the DIP Credit Agreement is hereby amended to include 75% of the net Eligible Accounts of AW Canada, up to a maximum of $500,000.

7. The Debtors are authorized to execute an Amendment to the DIP Credit Agreement consistent with the terms of this Order.

8. This Order shall not be stayed for any length of time, and shall be effective immediately, notwithstanding Federal Bankruptcy Rule 6004(h) or any other applicable rules.

**DATED AND SIGNED ABOVE.**