# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | ARMORWORKS ENTERPRISES, LLC |
| **Case Number:** | 2:13-BK-10332-BMW     **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 17, 2013 11:00 AM   COURTROOM 446 |
| **Bankruptcy Judge:** | BRENDA M. WHINERY |
| **Courtroom Clerk:** | LUPE MARTINEZ |
| **Reporter / ECR:** | WESLEY STANGRET |

## Matters:

1) CONTINUED HEARING RE APPROVAL OF DEBTOR'S SECOND AMENDED DISCLOSURE STATEMENT IN SUPPORT OF SECOND AMENDED JOINT PLAN OF REORGANIZATION DATED OCTOBER 10, 2013 (CONT. FROM 11/14/13) (CONT. FROM 12/10/13)
   **R / M #:** 299 / 0

2) ADM: 2:13-bk-10332-BMW
   CONTINUED HEARING RE MOTION FOR ORDER AMENDING AND CLARIFYING GOVERNANCE PROTOCOL FOR SALE AND NON-ORDINARY COURSE TRANSACTIONS (CONT. FROM 11/21/13) (CONT. FROM 12/10/13)
   **R / M #:** 364 / 0

3) ADM: 2:13-bk-10332-BMW
   CONTINUED STATUS HEARING ON MOTION TO DISMISS, FILED BY C SQUARED
   (CONT. FROM 12/10/13)
   **R / M #:** 39 / 0

4) CONTINUED STATUS HEARING RE MOTION TO APPOINT A TRUSTEE FILED BY ANCHOR MANAGEMENT, LLC, C SQUARED CAPITAL PARTNERS, LLC. (CONT. FROM 9/19/13) (CONT. FROM 10/4/13) (CONT. FROM 10/18/13) (CONT. FROM 11/14/13) (CONT. FROM 11/21/13) (CONT. FROM 12/10/13)
   **R / M #:** 195 / 0

## Appearances:

SUSAN BOSWELL, ATTORNEY FOR ARMORWORKS ENTERPRISES, LLC
TODD A. BURGESS, ATTORNEY FOR ARMORWORKS ENTERPRISES, LLC., Appearing by Telephone in Phoenix
STEVEN JEROME, ATTORNEY FOR C SQUARED PARTIES, Appearing by Telephone in Phoenix
CARY FORRESTER, ATTORNEY FOR THE UNSECURED CREDITORS' COMMITTEE, Appearing by Telephone in Phoenix

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry

(continue)...  2:13-BK-10332-BMW    TUESDAY, DECEMBER 17, 2013 11:00 AM

### *Proceedings:*

THE COURT ASKS COUNSEL WHAT ITEM THEY WOULD LIKE TO TAKE UP FIRST.

MR. BURGESS REPLIES THAT IF THE COURT WOULD LIKE TO START WITH THE PROTOCOL ORDER, THAT WOULD BE FINE.

ITEM #2:

THE COURT NOTES THAT IT HAS REVIEWED IT, AND THE ONLY QUESTION IT HAS IS TO MAKE SURE THAT GRANT LYON HAD AGREED TO THE TERMS OF THE STIPULATED ORDER.

MR. BURGESS RESPONDS THAT THEY CONSULTED WITH MR. LYONS THROUGH-OUT THE PROCESS AND HE IS ON BOARD WITH THE FORM OF ORDER.

THE COURT ASKS IF THERE ARE ANY OTHER COMMENT THAT ANY COUNSEL WOULD LIKE TO MAKE WITH RESPECT TO THE STIPULATED ORDER, IF NOT, IT IS READY TO SIGN IT.

COUNSEL RESPOND NO.

COURT: GIVEN THAT MR. LYON WAS CONSULTED AND HAS APPROVED THE FORM OF ORDER, IT WILL SIGN THE UPLOADED FORM OF ORDER.

ITEM #1:

MR. BURGESS STATES THAT BEFORE HE GETS TO THE THIRD AMENDED JOINT PLAN AND DISCLOSURE STATEMENT THAT WERE FILED YESTERDAY, HE GIVES PROCEDURAL HISTORY ON THE NOTICE AND A BRIEF BACKGROUND. THE MOST MATERIAL CHANGE IN THE PLAN IS THE IDENTITY OF THE PLAN PROPONENTS. THIS IS ESSENTIALLY A LIQUIDATING PLAN AND THEY BELIEVE IT IS ALSO A FULL-PAYMENT PLAN. PARTIES WERE NOTICED OF THIS HEARING AND NO OBJECTIONS TO THE SECOND AMENDED DISCLOSURE STATEMENT HAVE BEEN FILED. HE BELIEVES IT IS APPROPRIATE THAT THE COURT APPROVE THE THIRD AMENDED DISCLOSURE STATEMENT, SET A CONFIRMATION HEARING AND ALLOW THEM TO SEND THE PLAN OUT FOR BALLOTING.

DISCUSSION IS HELD AND HEARING DATES FOR CONFIRMATION AND FOR THE SALE ARE ALSO DISCUSSED.

COURT: GIVEN THE NOTICING THAT HAS BEEN DONE, IT DOES NOT SEE THAT THERE ARE ANY MATERIAL CHANGES THAT WOULD REQUIRE ADDITIONAL NOTICING OF THIS THIRD AMENDED DISCLOSURE STATEMENT. ASSUMING IT HAS NOT COMMENTS, IT WILL APPROVE THE THIRD AMENDED DISCLOSURE STATEMENT. FURTHER GIVEN THAT IT HAS THE MAJOR PARTIES IN AGREEMENT ON THE AMENDED PLAN, IT WILL FOLLOW IT'S NORMAL PROCEDURE. THE FIRST HEARING WILL BE A NON-EVIDENTIARY HEARING, AND IF NO OBJECTIONS, IT SHOULD BE IN A POSITION TO CONFIRM THE PLAN AT THAT SAME HEARING DATE. THE INITIAL CONFIRMATION HEARING IS SET FOR WEDNESDAY, JANUARY 29, 2014 AT 10:00 A.M.

MS. BOSWELL DISCUSSES DECLARATIONS, AND ASKS IF A DEADLINE IS GOING TO BE SET FOR FILING OF THE DECLARATIONS.

COURT: FOR PURPOSES OF THIS HEARING, THE DECLARATIONS ARE TO BE FILED ON THE SAME DAY AS THE BALLOT REPORT, WHICH IS 3 BUSINESS DAYS PRIOR. OBJECTIONS ARE TO BE FILED ONE WEEK PRIOR.

MR. BURGESS ASKS IF THEY SHOULD NOTICE THIS HEARING FOR TUCSON OR PHOENIX.

THE COURT RESPONDS THAT AT THIS POINT, THE HEARING WILL BE HELD IN TUCSON WITH VIDEO FROM PHOENIX. WITH RESPECT TO THE SALE DATE, IT DOES NOT APPEAR THAT THE PARTIES ARE READY AT THIS POINT.

MR. BURGESS CONCURS.

MS. BOSWELL STATES THAT THERE ARE TWO OTHER MATTERS ON CALENDAR FOR TODAY.

THE COURT NOTES THAT THOSE MATTERS HAVE BEEN RIDING THE CALENDAR. IT ASKS MR. JEROME IF THEY SHOULD CONTINUE TO RIDE THE CALENDAR, VACATE OR WITHDRAW THEM SUBJECT TO CALL AT A LATER DATE.

MR. JEROME RESPONDS THAT HAVING THEM SUBJECT TO CALL IS APPROPRIATE. HE SUGGEST THAT PERHAPS A SCHEDULING STATUS

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...   2:13-BK-10332-BMW          TUESDAY, DECEMBER 17, 2013 11:00 AM

CONFERENCE IN EARLY JANUARY.

COURT:  A STATUS HEARING ON THE SALE PROCESS IS SET FOR WEDNESDAY, JANUARY 8, 2014 AT 1:30 P.M.

Case 2:13-bk-10332-BMW   Doc 460   Filed 12/17/13   Entered 12/24/13 13:35:15   Desc
Main Document      Page 3 of 3

12/24/2013   1:34:56PM