**GALLAGHER & KENNEDY, P.A.**
John R. Clemency (Bar No. 009646)
Todd A. Burgess (Bar No. 19013)
Lindsi M. Weber (Bar No. 25820)
Janel M. Glynn (Bar No. 25497)
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:  (602) 530-8000
Facsimile:  (602) 530-8500
Email:  john.clemency@gknet.com
        todd.burgess@gknet.com
        lindsi.weber@gknet.com
        janel.glynn@gknet.com
*Attorneys for Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| ARMORWORKS ENTERPRISES, LLC, TECHFIBER, LLC, | Case No. 2:13-bk-10332-BMW<br>Case No. 2:13-bk-10333-BMW |
| Debtors. | (Jointly Administered) |
| This Filing Applies to:<br>☒ Both Debtors<br>☐ Specified Debtor | **NOTICE OF: (I) WITHDRAWAL OF SALE MOTION; AND (II) SUSPENSION OF CERTAIN DEADLINES RELATED TO THIRD AMENDED JOINT PLAN OF REORGANIZATION DATED DECEMBER 16, 2013** |

PLEASE TAKE NOTICE THAT ArmorWorks Enterprises, LLC ("**ArmorWorks**") and its wholly-owned subsidiary TechFiber, LLC ("**TechFiber**" and together with ArmorWorks, the "**Debtors**") acting under the direction of Grant Lyon, solely in his capacity as Independent Debtor Representative in accordance with the Protocol Order,[1]

---
[1] The "Protocol Order" means and refers to the *Order Granting Joint Motion for Approval of Governance Protocol for Sale and Non-Ordinary Course Transactions, and Retention Grant Lyon as Independent Debtor Representative* entered on October 7, 2013 [Docket No. 291], as amended by the *Stipulated Order Amending And Clarifying*

1

4025165v1/22420-0006

hereby withdraw the *Debtors' Motion For Orders: (1) Approving A Sale Of Debtors' Assets Free And Clear Of Liens, Claims And Interests, Or An Equity Sale Under Third Amended Joint Plan Of Reorganization, (2) Approving Assumption And Assignment Of Unexpired Leases And Executory Contracts, (3) Approving Certain Bid And Auction Procedures, (4) Setting Date And Time For Hearing On Proposed Sale, And (5) Approving Form And Notice Of Auction And Sale Hearing* (the "**Sale Motion**") filed on January 8, 2014 [Dkt. 472].

PLEASE TAKE FURTHER NOTICE THAT the March 4, 2014 hearing[2] on the Sale Motion and all objection deadlines set by the Court pursuant to the *Order Establishing Bid Procedures, Setting Date and Time of Sale Hearing and Setting Related Deadlines* (the "**Procedures Order**") (Dkt. 492) and the *Notice Of: (I) Executory Contracts And Unexpired Leases Subject To Assumption Or Assumption And Assignment Pursuant To Pending Sale Motion; (2) Proposed Cure Amounts With Respect Thereto; (3) Sale Hearing And Deadline For Objections; And (4) Related Matters* (the "**Contracts Notice"**) (Dkt. 517) have been vacated by the Court.

PLEASE TAKE FURTHER NOTICE THAT the following deadlines set by the Court pursuant to the *Order Extending Plan Voting and Objection Deadlines and Rescheduling Confirmation Hearing* (Dkt. 515) have been suspended pending further Order of the Court: (1) the February 24, 2014 Voting Deadline, (2) the February 14, 2014 deadline for filing and serving written objections to confirmation of the *Third Amended Joint Plan of Reorganization Dated December 16, 2013* (the "**Plan**")[Dkt. #442], and (3)

---

*Governance Protocol For Sale And Non-Ordinary Course Transactions, And Retention Of Grant Lyon As Independent Debtor Representative* entered on December 19, 2013 [Docket 452], and as further amended, modified, restated or supplemented from time to time.

[2] Except as otherwise noted herein, all other matters set for March 4, 2014 at 10:30 a.m. remain on calendar.

the February 28, 2014 deadline for filing any written declarations in support of confirmation of the Plan and a written ballot report as required by Local Rule 3018.

PLEASE TAKE FURTHER NOTICE THAT the initial confirmation hearing to consider confirmation of the Plan scheduled for **March 4, 2014 at 10:30 a.m.** shall be a status hearing only regarding the Plan and the Debtors' Chapter 11 cases.

DATED this 19th day of February, 2014.

**GALLAGHER & KENNEDY, P.A.**

By: */s/ Todd A. Burgess*
John R. Clemency (Bar No. 009646)
Todd A. Burgess (Bar No. 19013)
Lindsi M. Weber (Bar No. 25820)
Janel M. Glynn (Bar No. 25497)
*Attorneys for Debtors*

COPIES of the foregoing served through the Court's CM/ECF Notification system this 19th day of February, 2014 on all parties that have appeared or requested notice in this case, and by email or overnight delivery on all parties on the attached Service List attached as Exhibit "A" to the Court's copy only.[3]

*/s/ Dana N. Troy*

---

[3] The Debtors will mail a copy of this notice to all creditors and parties-in-interest in the Debtors' consolidated master mailing list on February 20, 2014 and file a certificate of service.

3

4025165v1/22420-0006