# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** ARMORWORKS ENTERPRISES, LLC
**Case Number:** 2:13-BK-10332-BMW  **Chapter:** 11
**Date / Time / Room:** WEDNESDAY, FEBRUARY 19, 2014 11:30 AM  COURTROOM 446
**Bankruptcy Judge:** BRENDA M. WHINERY
**Courtroom Clerk:** CINDY TURNBULL
**Reporter / ECR:** ANN MARIE VENTURA

## Matter:

STATUS HEARING ON DEBTORS REQUEST FOR APPROVAL OF SALE AND BID PROCEDURES (set at hearing held 1/17/14)

**R / M #:** 473 / 0

## Appearances:

TODD A. BURGESS, ATTORNEY FOR ARMORWORKS ENTERPRISES, LLC
SUSAN BOSWELL, ATTY FOR ARMORWORKS, INC. AND WILLIAM PERCIBALLI
STEVE JEROME, AND JOEL HOXIE, ATTYS FOR THE C SQUARED PARTIES
DENISE FAULK, ATTY U. S. A.
WARREN STAPLETON, ATTY FOR BLUE CROSS BLUE SHIELD
CARY FORRESTER, ATTY FOR THE UNSECURED CREDITORS' COMMITTEE, APPEARING BY PHONE
CAROLYN TATKIN, ATTY FOR NOVELLUS SYSTEMS, INC, APPEARING BY PHONE

Case 2:13-bk-10332-BMW    Doc 551    Filed 02/19/14    Entered 02/24/14 15:22:10    Desc
Main Document    Page 1 of 2                                          02/24/2014  3:21:53PM

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   2:13-BK-10332-BMW         WEDNESDAY, FEBRUARY 19, 2014 11:30 AM

## *Proceedings:*

MR. BURGESS STATES THE HOULIHAN LOKEY SALE PROCESS HAS FAILED TO GENERATE SUFFICIENT INTEREST, AND HE RENDERS AN UPDATE.  THE BID PACKAGE DEADLINE WAS ON FEBRUARY 7, 2014, AND THERE WERE NO NON-CONTINGENT BIDS FOR EITHER THE ASSETS, OR THE EQUITY OF THE REORGANIZED AWE.  THE INDEPENDENT DEBTOR REPRESENTATIVE RECEIVED AN UNSIGNED EQUITY PURCHASE AGREEMENT FOR THE PURCHASE OF AWE'S MEMBERSHIP INTEREST IN SHOCKRIDE FOR $1.00, THERE WAS A PRELIMINARY NON-BINDING INDICATION OF INTEREST TO PURCHASE THE AWE BUSINESS, AND A $1.5 MILLION OFFER TO PURCHASE THE ASSETS OF SHOCKRIDE ONLY, THROUGH A BANKRUPTCY, THAT WOULD REQUIRE SHOCKRIDE TO FILE.  THAT BIDDER PROVIDED A $75,000 DEPOSIT.  THE IDR FELT THAT NONE OF THE SUBMISSIONS WERE SUFFICIENT TO BE DEEMED QUALIFIED BIDDERS.  THE ESTATE WILL NOT BE MOVING FORWARD WITH AN OPTION ON FEBRUARY 21, 2014.  HE RENDERS A FURTHER UPDATE.  YESTERDAY, THE IDR WAS INFORMED BY C SQUARED AND AWI THAT THEY FEEL THEY HAVE REACHED THE MATERIAL TERMS OF A SETTLEMENT, AND ARE IN THE PROCESS OF FINALIZING A WRITTEN TERM SHEET WHICH MAY PROVIDE A MECHANISM TO FUND AND CONFIRM A PLAN.  THE IDR WILL RETURN THE $75,000 DEPOSIT FROM THE POTENTIAL BIDDER FOR SHOCKRIDE, AND THE DEBTORS WILL WITHDRAW THE SALE MOTION.

COURT:  THE MARCH 4, 2014 HEARING REGARDING THE SALE WILL BE VACATED, ALL OTHER MATTERS WILL REMAIN ON CALENDAR, SUBJECT TO FURTHER MOTIONS THAT MAY BE FILED.

MR. FORRESTER COMMENTS ON TWO THINGS.  IT'S FINE TO LEAVE CONFIRMATION ON CALENDAR FOR MARCH 4, 2014, BUT WITHOUT A SALE, THERE IS NO PLAN.  THE NATURE OF THIS CASE HAS CHANGED.  HE RENDERS FURTHER COMMENTS.  THE POSTURE OF THE COMMITTEE WILL CHANGE DRAMATICALLY.  THE COMMITTEE HAS SERIOUS CONCERNS ABOUT WHERE THIS CASE MAY BE HEADED.

COURT:  CONFIRMATION WILL BE CONVERTED TO A STATUS HEARING, AND IF THERE IS A NEW PLAN WE CAN DISCUSS WHAT WILL GO FORWARD, AS WELL AS A STATUS HEARING ON WHERE WE ARE IN THIS CASE.

MS. BOSWELL ASKS THAT THE CONFIRMATION HEARING NOT BE VACATED.  THERE ARE THIRD-PARTY FUNDING SOURCES, AND IF THE CONFIRMATION HEARING IS VACATED, IT MAY APPEAR THAT THE TIME ISSUES ARE NOT AS CRITICAL AS THEY ACTUALLY ARE.  THINGS WILL BECOME MORE CLEAR NEXT WEEK.

COURT:  THE CONFIRMATION HEARING WILL BE KEPT ON CALENDAR, BUT NOT AS AN EVIDENTIARY HEARING.

MR. BURGESS STATES THE MARCH 4, 2014 CONFIRMATION HEARING WAS THE INITIAL HEARING, HE ASKS THAT IT BE LEFT ON CALENDAR.

MS. FAULK STATES DECLARATIONS AND EVIDENCE IS TO BE SUBMITTED BY NEXT WEDNESDAY, AND SHE ASKS THAT THE COURT SUSPEND THAT DATE IF THIS PLAN ISN'T GOING FORWARD.

MR. BURGESS EXPLAINS WHAT THOSE DEADLINES WERE FOR, AND HE IS FINE WITH THE COURT SUSPENDING OR VACATING THEM FOR NOW.  MARCH 4, 2014 WILL BE TREATED AS A STATUS CONFERENCE ON THE CASE, AND ON THE PLAN PROCESS.

COURT:  ANY OBJECTIONS THAT WERE TO BE FILED REGARDING THIS PLAN WILL BE VACATED.

MR. BURGESS STATES THAT IS CORRECT.  HE WILL PREPARE A NOTICE TO ALERT THE CREDITORS.

MR. JEROME SUPPORTS MS. BOSWELL'S SUGGESTION.

MR. STAPLETON RENDERS COMMENTS. THE  FEBRUARY 26, 2014 DEADLINE ALSO APPLIES TO THE ASSUMPTION OF CERTAIN CONTRACTS.  THE DEBTORS HAVE AGREED TO LET THAT ALSO BE REMOVED AS A DEADLINE.

COURT:  MR. BURGESS IS TO PUT THAT INFORMATION IN THE NOTICE AS WELL.  THE PLAN HEARING WILL BE KEPT ON CALENDAR FOR NOW, AND THE SALE PORTION WILL BE VACATED.

Case 2:13-bk-10332-BMW    Doc 551    Filed 02/19/14    Entered 02/24/14 15:22:10    Desc
Main Document    Page 2 of 2                                02/24/2014   3:21:53PM