# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

*Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | ARMORWORKS ENTERPRISES, LLC |
| **Case Number:** | 2:13-BK-10332-BMW    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, MARCH 04, 2014 10:30 AM   COURTROOM 446 |
| **Bankruptcy Judge:** | BRENDA M. WHINERY |
| **Courtroom Clerk:** | CINDY TURNBULL |
| **Reporter / ECR:** | RHIANNA DOMINGUEZ |

*Matters:*

1) INITIAL CONFIRMATION OF DEBTORS' THIRD AMENDED JOINT PLAN OF REORGANIZATION  (CONT. FROM 11/14/13) (CONT. FROM 12/10/13) (CONT. FROM 12/17/13) (CONT. FROM 1/29/14)
   **R / M #:**   442 / 0

2) ADM: 2:13-bk-10332-BMW
   STATUS HEARING REGARDING THE POSTURE OF THIS CASE
   **R / M #:**   0 / 0

3) DEBTORS' MOTION APPROVING SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS (set at hearing held 1/17/14)
   **R / M #:**   473 / 0
   **VACATED:  DUE TO PREVIOUS DEVELOPMENTS.**

*Appearances:*

TODD A. BURGESS, AND JOHN R. CLEMENCY, ATTORNEYS FOR ARMORWORKS ENTERPRISES, LLC.
STEVE JEROME, ATTY FOR C SQUARED PARTIES
JOHN WORTH, ATTY FOR THE COMMITTEE
WARREN STAPLETON, ATTY FOR BLUE CROSS BLUE SHIELD OF ARIZONA
LORI LEWIS, ATTY FOR MARICOPA COUNTY TREASURER
APRIL THEIS, ATTY FOR ARIZONA DEPT. OF REVENUE
SUSAN BOSWELL, ATTY FOR ARMORWORKS, INC. AND WILLIAM PERCIBALLI
DENISE FAULK, ATTY FOR USA

*Proceedings:*

ITEMS #1 & #2 (CONFIRMATION, AND STATUS):  MR. BURGESS STATES THE SALE PLAN IS OFF THE TABLE.  HE RENDERS A BRIEF UPDATE OF THIS CASE.  A TERM SHEET HAS BEEN SIGNED BY MS. BOSWELL AND MR. JEROME THAT SHOULD RESULT IN A BINDING SETTLEMENT, AND SHOULD BE FILED SHORTLY.  HE SUMMARIZES THE SCOPE OF THE SETTLEMENT. HE FEELS THEY ARE CLOSE TO FINALIZING THE TERMS OF WHAT A PLAN WOULD LOOK LIKE.  THE DEBTORS WOULD CONTINUE TO OPERATE, AND THE CREDITORS WOULD BE PAID IN FULL.  THE DEBTORS HOPE TO HAVE AN AMENDED PLAN ON FILE BY MARCH 10, 2014.  HE DISCUSSES SEVERAL THINGS THAT WILL NEED TO HAPPEN.  THE POST-PETITION OBLIGATIONS ARE CURRENT, EXCEPT FOR THE DEFAULT ON THE DIP.

COURT:  IS THERE A NEED FOR AN AMENDED DISCLOSURE STATEMENT AS WELL?

MR. BURGESS STATES HE FEELS THE DISCLOSURE STATEMENT WILL NEED TO BE AMENDED.  THE UNSECURED CREDITORS' TREATMENT WILL BE DIFFERENT. HE WILL PROBABLY BE ASKING THE COURT TO CONDITIONALLY APPROVE THE AMENDED DISCLOSURE STATEMENT ON SHORT NOTICE, AND SEND IT AND THE PLAN OUT FOR BALLOTING.  IF THERE ARE ANY OBJECTIONS TO THE DISCLOSURE STATEMENT, THEY CAN BE HEARD AT CONFIRMATION.  A SCHEDULING ORDER MAY BE PROPOSED TO GET THIS CASE THROUGH CONFIRMATION.

COURT:  ONCE YOU HAVE THAT, INFORM THE LAW CLERK THAT IT HAS BEEN FILED, AND/OR MS. TURNBULL SO WE CAN LOOK FOR HEARING DATES.

ITEM #3:  VACATED: DUE TO PREVIOUS DEVELOPMENTS.

Case 2:13-bk-10332-BMW   Doc 555   Filed 03/04/14   Entered 03/04/14 17:34:00   Desc Main Document    Page 1 of 1