# EXHIBIT "D"

ArmorWorks Enterprises, LLC
TechFiber, LLC
Debtors and Debtors in Possession -- Liquidation Analysis

THE DEBTORS RESERVE THE RIGHT TO OBJECT TO ALL SCHEDULED AND UNSCHEDULED CLAIMS.

|  | Book Value 4/27/2014 | Estimated Recovery (2) | Estimated Liquidation Value | By Debtor Entity AWE | TechFiber |
|---|---:|---:|---:|---:|---:|
| Consolidated Cash (14) | $ 81,988 | 100% | $ 81,988 | $ 81,988 | |
| Operating Assets - AWE and TF (1): | | | | | |
| AWE, accounts receivable | 989,938 | 26% | 257,676 | 257,676 | |
| TechFiber, accounts receivable | 444,106 | 0% | (0) | | (0) |
| AWE, inventory | 1,366,192 | 50% | 683,096 | 683,096 | |
| TF, inventory | 110,870 | 50% | 55,435 | | 55,435 |
| AWE, equipment | | | | | |
| Vehicles (16) | 4,453 | 2246% | 100,000 | 100,000 | |
| Manufacturing equipment | 1,384,940 | 90% | 1,252,000 | 1,252,000 | |
| Other | 127,667 | 10% | 12,767 | 12,767 | |
| TF, equipment | | | | | |
| Manufacturing equipment | 1,313,279 | 50% | 656,640 | | 656,640 |
| Other | 502,446 | 50% | 251,223 | | 251,223 |
| TOTAL OPERATING ASSETS | 6,243,891 | | 3,268,836 | 2,305,539 | 963,297 |
| Other Assets - AWE and TF: | | | | | |
| AWE, note receivable Tyr Tactical, LLC (15) | - | 0% | - | - | |
| AWE, note receivable Armory, LLC (3) | 449,273 | 100% | 449,273 | 449,273 | |
| Chandler Airpark airplane hangar owned by AWE | 335,401 | 97% | 325,000 | 325,000 | |
| AWE Patents and other intellectual property | - | | - | - | |
| TF Goodwill & other intellectual property | - | | 500,000 | | 500,000 |
| TechFiber utility company deposit | 64,210 | 100% | 64,210 | | 64,210 |
| AWE, Novellus lease deposit | 125,700 | 100% | 125,700 | 125,700 | |
| AWE, Department of Defense (ESAPI) deposit | 667,023 | 100% | 667,023 | 667,023 | |
| TOTAL OTHER ASSETS | 1,641,607 | | 2,131,206 | 1,566,996 | 564,210 |
| Estimated Liquidation Value of Debtors | | | $ 5,482,030 | $ 3,954,523 | $ 1,527,507 |
| Non-Debtor Entities: | | | | | |
| Net Ownership Interest in Non-Debtor Entities (gross asset value less secured and unsecured liabilities) | | | 954,587 | | |
| Liquidation Costs (20%) (4) | | | (1,009,685) | | |
| Net Liquidation Value Available for Creditors | | | 5,426,933 | | |

|  | Claim Amount | Dollar Recovery | Percentage by Class |
|---|---:|---:|---:|
| Less: Creditor Claims and Other Reductions | | | |
| Superpriority Claims (5) | $ 1,650,000 | $ 1,650,000 | 100% |
| Secured Claims (6) | 912,910 | 912,910 | 100% |
| Administrative Claims (7) | 1,424,491 | 1,424,491 | 100% |
| Total Superpriorty, Secured, and Administrative Claims | 3,987,401 | 3,987,401 | |
| Remaining Net Liquidation Value Available for Unsecured Claims | | 1,439,532 | |
| Priority Claims (8) | 499,883 | 499,883 | 100% |
| General Unsecured (9) | 8,592,660 | 647,620 | 8% |
| Unsecured - Other (10) | 2,357,179 | 177,658 | 8% |
| Employment Contract Rejections (11) | 515,000 | 38,815 | 8% |
| Customer Contract Rejections (12) | - | - | 0% |
| Real Estate Leases (13) | 1,002,482 | 75,556 | 8% |
| Total Unsecured and Other Claims | 12,967,204 | 1,439,532 | |
| Remaining Net Liquidation Value After Distributions on All Creditor Claims | | $ - | |

Notes:
(1) ArmorWorks Enterprises, LLC is referred to as "AWE" in this liquidation analysis.
(2) Estimated recoveries are based on management's best estimate of the net proceeds for the collection of accounts and sale of assets assuming a short-term Ch. 7 liquidation scenario. It is assumed that active contracts will not be assignable but intellectual property related to certain assets, owned by the Debtors, would be transferred.
(3) Note receivable is secured by a junior deed of trust on the Frye building which is owned by Armory, LLC; an affilate of the Debtors
(4) Liquidation costs include commissions and professional costs of asset marketing and sales, and consideration to equipment removal and storage costs. Amount is estimated at 20% of the liquidation value of all assets with liquidation costs, excluding cash, Armory note receivable, and deposits.

(5) Current balance of debtor in possession loan after $2 million paydown in early May 2014.
(6) Includes the secured portion of outstanding claims including $667K to the US Attorney related to ESAPI product warranty claim, $125K for Novellus lease rejection claim, and $82K from the Maricopa County Treasurer.
(7) Includes professional fees for BK counsel, financial advisor, independent debtor representative, and creditor committee. Amount includes actuals through March 2014 and estimates for April, May and June 2014.
(8) Consists primarily of taxes owed to Arizona Dept. of Revenue.
(9) Includes the unsecured portion of the US Attorney ESAPI claim ($3.8M), the unsecured portion of the Novellus lease rejection claim ($1.2M), the lease rejection claim filed by North 54th St. ($900k), and vendor and supplier claims ($2.6M).
(10) Includes various claims filed by the members of AWE.
(11) The amount presented in this category relates to potential rejection claims stemming from employment agreements with three key executives.
(12) AWE is under contract to produce goods for various customers. This analysis assumes the outstanding contracts would be rejected in conjunction with the liquidation of assets. The customers may have claims for damages against the debtor as a result of these rejected contracts. The total current balance of outstanding contracts is approximately $46.7 million, which consists primarily of a body armor contract known as ESAPI ($42.6M). The potential damages resulting from rejected customer contracts are unknown.
(13) Assumes rejection claims for remaining real estate leases; Frye Road ($633k), Beck Ave. ($164k), and Priest ($205k). Note that all three leases were entered into prior to the petition date.