# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Audio Record of Hearing Held

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ARMORWORKS ENTERPRISES, LLC | | |
| **Case Number:** | 2:13-BK-10332-BMW | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, JUNE 04, 2014 10:15 AM COURTROOM 446 | | |

**Courtroom Clerk:**
**Reporter / ECR:** WESLEY STANGRET

**Audio File Name:** THL01167944.MP3
**Audio File Size:** 14,749 KB
**Audio File Length:** 00:31:27

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

> **This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**

## *Matters:*

**3)** STATUS HEARING RE MOTION TO APPOINT TRUSTEE FILED BY ANCHOR MANAGEMENT, LLC, C SQUARED CAPITAL PARTNERS, LLC.
  **R / M #:** 195 / 0

**2)** STATUS HEARING ON CASE
  **R / M #:** 442 / 0

**4)** OBJECTION TO AMENDED APPLICATION TO EMPLOY ARNOLD & PORTER LLP AS SPECIAL COUNSEL TO THE DEBTORS PURSUANT TO 11 U.S.C. SECTION 327(E) FILED BY C SQUARED CAPITAL PARTNERS, LLC.
  **R / M #:** 573 / 0

**1)** EXPEDITED HEARING RE: PLAN PROPONENTS' REQUEST FOR CONDITIONAL APPROVAL OF FOURTH AMENDED DISCLOSURE STATEMENT
  **R / M #:** 638 / 0

# Audio Record of Hearing Held