**GALLAGHER & KENNEDY, P.A.**
John R. Clemency (Bar No. 009646)
Todd A. Burgess (Bar No. 019013)
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Facsimile:    (602) 530-8500
Email:  john.clemency@gknet.com
            todd.burgess@gknet.com

*Attorneys for Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ARMORWORKS ENTERPRISES, LLC,<br>TECHFIBER, LLC,<br><br>Debtors.<br><br>This Filing Applies to:<br><br>☒ Both Debtors<br>☐ Specified Debtor | Chapter 11 Proceedings<br><br>Case No. 2:13-bk-10332-BMW<br>Case No. 2:13-bk-10333-BMW<br><br>(Jointly Administered)<br><br>**NOTICE OF LODGING:**<br><br>**ORDER (1) CONDITIONALLY APPROVING DISCLOSURE STATEMENT; (2) FIXING TIME FOR ACCEPTING OR REJECTING THE PLAN; (3) SETTING COMBINED HEARINGS ON DISCLOSURE STATEMENT AND PLAN CONFIRMATION; AND (4) SETTING RELATED DEADLINES** |

PLEASE TAKE NOTICE THAT ArmorWorks Enterprises, LLC ("**ArmorWorks**"), TechFiber, LLC ("**TechFiber**," and with ArmorWorks, the "**Debtors**") have lodged the proposed form of *Order (1) Conditionally Approving Disclosure Statement; (2) Fixing Time for Accepting or Rejecting the Plan; (3) Setting Combined Hearing on Disclosure Statement and Plan Confirmation; and (4) Setting Related Deadlines* attached hereto as **Exhibit "A"**.

RESPECTFULLY SUBMITTED this 18th day of June, 2014.

**GALLAGHER & KENNEDY, P.A.**

By: */s/ Todd A. Burgess (019013)*
John R. Clemency (Bar No. 009646)
Todd A. Burgess (Bar No. 19013)
*Attorneys for Debtors*

COPIES of the foregoing served
by US Mail this 18th day of June,
2014 on the parties on the service
list attached to the Court's copy only.

*/s/ Rachel H. Milazzo, ACP*

APTEAN
1155 PERIMETER CENTER WEST
ATLANTA GA 30338
RAIF.TAYLOR@APTEAN.COM

BFG INDUSTRIES, INC.
3802 ROBERT PORCHER WAY
GREENSBORO NC 27410
TEAST@BFG.COM

QUENCH USA INC
780 5TH AVE. #200
KING OF PRUSSIA PA 19406
BILLING@QUENCHONLINE.COM

DISTRIBUTION BY AIR, INC.
701 COTTONTAIL LANE
SOMERSET NJ 08875-6090
Rich Golwitzer
RICHG@DBACO.COM

ARNOLD & PORTER LLP
555 TWELFTH STREET, N.W.
WASHINGTON, D.C. 20004-1206
CHRIS YUKINS
CHRISTOPHER.YUKINS@APORTER.COM

FENNEMORE CRAIG, P.C.
2394 E. CAMELBACK RD, STE. 600
PHOENIX, AZ 85016-3429 DON GILBERT
DGILBERT@FCLAW.COM

BARRDAY
75 MOOREFIELD STREET
CAMBRIDGE, ON N1R5W6
ANNE VERSTRAETE
AVERSTRAETE@BARRDAY.COM

INDUSTRIE BITOSSI S.P.A.
410 MARKET STREET
ELMWOOD PARK NJ 07407
INDUSTRIE BITOSSI
Peruzzi Matteo
PERUZZIM@COLOROBBIA.IT

BLUE CROSS BLUE SHIELD OF ARIZONA
ATTN: CASH CONTROL
 2444 W LAS PALMARITAS DR.
PHOENIX, AZ 85021
MPLUMLEY@AZBLUE.COM

JP MORGAN CHASE BANK, N.A.
BUSINESS BANKING
201 N. CENTRAL AVENUE
PHOENIX AZ 85001
DIANA RUBIO
DIANA.X.RUBIO@CHASE.COM

CBIZ MHM, LLC
1065 AVENUE OF THE AMERICAS
MANHATTAN NY 10018
BRIAN DEAK
BDEAK@CBIZ.COM

SPUNFAB
175 MUFFIN LANE
CUYAHOGA FALLS OH 44223
Dawn Ross
DROSS@SPUNFAB.COM

COORSTEK
3315 BOONE ROAD
BENTON AR 72015
Clark, Wendy
WCLARK@COORSTEK.COM

PAUL'S ACE HARDWARE
1800 N. SCOTTSDALE RD
SCOTTSDALE AZ 85257
Nora Stands
NORASTANDS@PAULSACEHARDWARE.COM

MORGAN AM&T  
16263 COLLECTIONS CENTER DRIVE  
CHICAGO IL 60693  
Janet Reed  
JANET.REED@MORGANPLC.COM

NOVELLUS SYSTEMS INC.  
4000 N. 1ST STREET, MS.60B  
SAN JOSE CA 95134  
SCOTT SCOWDEN  
SCOTT.SCOWDEN@LAMRESEARCH.COM

HEADFARMER, LLC  
9237 E. VIA DE VENTURA, BLDG. D-SUITE 115  
SCOTTSDALE, AZ 85258  
KINSEY.BARKER@HFRECRUITING.COM

SEKRI INDUSTRIES  
1205 WEST CUMBERLAND GAP PARKWAY  
CORBIN KY 40701  
JANET.PARMAN@SEKRI.ORG

U.S. BANK EQUIPMENT FINANCE  
13010 SW 68TH PKWY STE 100  
PORTLAND OR 97223  
EFCUSTOMERSUPPORT@USBANK.COM

TRELLEBORG  
2531 BREMER ROAD  
FORT WAYNE, IN 46803  
CHERYL.MOSS@TRELLEBORG.COM

ARIZONA DOCUMENT SOLUTIONS  
1406 W 14TH ST  
TEMPE, AZ 85281  
ACCOUNTING@AZPACIFICPAPER.COM

OFFICE OF THE UNITED STATES TRUSTEE  
JENNIFER GIAIMO  
230 N. 1ST AVENUE, SUITE 204  
PHOENIX, AZ 85003  
JENNIFER.A.GIAIMO@USDOJ.GOV

NORTH 54TH STREET VENTURE, LLC  
C/O JOSEPH E. COTTERMAN; ANDANTE LAW GROUP  
SCOTTSDALE FINANCIAL CENTER I  
4110 N. SCOTTSDALE RD., SUITE 330  
SCOTTSDALE, AZ 85251  
JOE@ANDANTELAW.COM

CSQUARED CAPITAL PARTNERS et al.  
C/O JOEL P. HOXIE, KELLY A. KSZYWIENSKI  
SNELL & WILMER LLP  
ONE ARIZONA CETNER, 400 E. VAN BUREN  
PHOENIX, AZ 85004  JHOXIE@SWLAW.COM;  
KKSZYWIENSKI@SWLAW.COM

NORTH 54TH STREET VENTURE, LLC  
165 S. UNION BLVD. #510  
DENVER, CO 80228  
SUSANE@ALLIANCECP.COM

LANCELOT ARMOR, LLC  
C/O ANDREW ABRAHAM  
BURCH & CRACCHIOLO  
702 E. OSBORN RD., SUITE 200  
PHOENIX, AZ 85014  
AABRAHAM@BCATTORNEYS.COM

ALL COPY PRODUCTS, INC.  
P.O. BOX 660831  
DALLAS, TX 75266  
JSTCLAIR@LEASEDIRECT.COM

CSQUARED CAPITAL PARTNERS, LLC  
9330 S. PRIEST DRIVE  
TEMPE, AZ 85284  
JHOXIE@SWLAW.COM  
KKSZYWIENSKI@SWLAW.COM

| | |
|---|---|
| DE LAGE LANDEN<br>1111 OLD EAGLE SCHOOL RD.<br>WAYNE, PA 19087-1453<br>JSTCLAIR@LEASEDIRECT.COM | DOLPHIN CAPITAL<br>P.O. BOX 644006<br>CINCINNATI, OH 45264<br>LDSCUSTOMERSERVICE@LEAFNOW.COM |
| LEAF<br>P.O. BOX 644006<br>CINCINNATI, OH 45264<br>LDSCUSTOMERSERVICE@LEAFNOW.COM | MS GUADALUPE<br>MAINSPRING CAPITAL GROUP<br>8925 E. PIMA CENTER PARKWAY, SUITE 200<br>SCOTTSDALE, AZ 85258<br>CBROWN@ROSSBROWN.COM |
| NORTH 54TH STREET VENTURES, LLC<br>C/O ALLIANCE COMMERCIAL PARTNERS<br>3200 NORTH CENTRAL AVE, SUITE 1500<br>PHOENIX, AZ 85012<br>SUSANE@ALLIANCECP.COM | NOVELLUS SYSTEMS, INC. C/O LAM RESEARCH<br>C/O SCOTT SCOWDEN, REAL ESTATE MANAGER<br>11155 SW LEVETON DRIVE<br>TUALATIN, OR 97062<br>SCOTT.SCOWDEN@LAMRESEARCH.COM |
| | KASEY C. NYE<br>MESCH, CLARK & ROTHSCHILD, P.C.<br>259 N. MEYER AVENUE<br>TUCSON, ARIZONA 85701<br>kney@mcrazlaw.com |
| WHITE FAMILY TRUST<br>C/O TED SPARKS<br>7010 E. HALIFAX DRIVE<br>MESA, AZ 85207<br>TEDSPARKS@HOTMAIL.COM | ULINE INC.<br>2950 E. JURUPA ST.<br>ONTARIO, CA 91761<br>DPAUL@ULINE.COM |
| UPS SUPPLY CHAIN SOLUTIONS<br>28013 NETWORK PLACE<br>CHICAGO IL 60673<br>PFOLEY@UPS.COM | XO COMMUNICATIONS SERVICES, LLC<br>PO BOX 31001-0429<br>PASADENA CA 91110<br>XOMAILROOM@XO.COM |
| ACE PAPER TUBE<br>4918 DENISON AVE.<br>CLEVELAND OH 44102<br>RON@ACETUBE.COM | TRC MASTER FUND, LLC<br>ATTN: TERREL ROSS<br>PO BOX 633<br>WOODMERE, NY 11598<br>TROSS@TRCMLLC.COM |

ADHESIVE FILMS
4 BARNET ROAD
PINE BROOK NJ 07058
M.MARINO@ADHESIVEFILMS.COM
(973)882-4944

BECKET & LEE LLP
16 GENERAL WARREN BLVD.
MALVERN, PA 19355
NOTICES@BECKET-LEE.COM

JOHN STANDRIDGE
61535 S. HIGHWAY 97 #9-457
BEND, OR 97702
949-233-2021
JOHN@HAMMERHEADSIX.COM

ANCHOR MANAGEMENT, LLC
9330 SOUTH PRIEST DRIVE
TEMPE, AZ 85284
JHOXIE@SWLAW.COM;
KKSZYWIENSKI@SWLAW.COM

VERIZON
140 WEST ST.
NEW YORK, NY 10007
VZ.BANKRUPTCY@VERIZON.COM

DELAWARE SECRETARY OF STATE
JOHN G. TOWNSEND BUILDING
401 FEDERAL STREET, SUITE 4
DOVER, DE 19901
AMI.JUDD@STATE.DE.US

LAUFENBERG GMBH
KRUESERSTR.2
KREFELD, GERMANY 47839
T.ENGELMANN@LAUFENBERG.INFO

FRED NEUFELD
STRADLING YOCCA CARLSON & RAUTH, P.C.
100 WILSHIRE BLVD., 4TH FLOOR
SANTA MONICA, CA 90401
fneufeld@sycr.com

CHEMTREAT, INC.
15045 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693
(804)935-2178
KWHITE@CHEMTREAT.COM

COHEN KENNEDY DOWD & QUIGLEY
2425 E. CAMELBACK RD.
PHOENIX, AZ 85016
DQUIGLEY@CKDQLAW.COM

DURO INDUSTRIES
110 CHACE STREET
FALL RIVER, MA 02724
BOULIS_BRYAN@DUROLINK.COM

CEVA FREIGHT LLC
P.O. BOX 11728
DALLAS, TX 75266
RAJEEV.GOGOI.NONGLYER@CEVALOGISTICS.COM

CSQUARED CAPITAL PARTNERS et al.
c/o STEVEN JEROME, EVANS O'BRIEN, JILL PERRELL
SNELL & WILMER LLP
ONE ARIZONA CENTER, 400 E. VAN BUREN
PHOENIX, AZ 85004
SJEROME@SWLAW.COM;
EOBRIEN@SWLAW.COM
JPERRELLA@SWLAW.COM

ED RAICHERT INC.
3517 N. 42ND AVENUE
PHOENIX, AZ 85019
JASON@RAICHERT.COM

ELIZABETH K. FLAAGAN
FAEGRE BAKER DANIELS LLP
1700 LINCOLN STREET, SUITE 3200
DENVER, CO 80203
ELIZABETH.FLAAGAN@FAEGREBD.COM

TRELLEBORG COATED SYSTES US, INC.
790 REEVES STREET
SPARTANBURG, SC 29301
TAL.HENRY@TRELLEBORG.COM

JAMES B. BALL
POLI & BALL, P.L.C.
2999 NORTH 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
BALL@POLIBALL.COM

LAMAR HAWKINS, HEATHER MACRE
AIDEN SCHENK HAWKINS & RICCIARDIPC
2390 E. CAMELBACK RD, SUITE 400
PHOENIX, AZ 85016
DLH@ASHRLAW.COM; HAM@ASHRLAW.COM

DISTRIBUTION BY AIR, INC.
5404 N. 99TH STREET
OMAHA, NE 68134
Rich Golwitzer
RICHG@DBACO.COM

LORI A. LEWIS
DEPUT COUNTY ATTORNEY
CIVIL SERVICES DIVISION
SECURITY CENTER BUILDING
222 NORTH CENTRAL AVENUE, SUITE 1100
PHOENIX, AZ 85004
LEWISL01@MCAO.MARICOPA.GOV

TRAVIS S. WILLIAMS (#020731)
THE FRUTKIN LAW FIRM, PLC
15205 N. KIERLAND BLVD., STE 200
SCOTTSDALE, AZ 85254
WILLIAMS@FRUTKINLAW.COM

HISCO
1839 WEST DRAKE DRIVE
TEMPE, AZ 85253
MONTY SCHLAHT
MSCHLAHT@HISCOINC.COM

SHAWN M. CHRISTIANSON, ESQ.
BUCHALTER NEMER
55 SECOND STREET, 17TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-3493
SCHRISTIANSON@BUCHALTER.COM

FORRESTER & WORTH, PLLC
3636 NORTH CENTRAL AVE., STE 700
PHOENIX, ARIZONA 85012
SCF@FORRESTERANDWORTH.COM

DAVID W. CRANSHAW, ESQ
MORRIS, MANNING & MARTIN, LLC
3343 PEACHTREE ROAD, NE
1600 ATLANTA FINANCIAL CENTER
ATLANTA, GEORGIA 30326
dcranshaw@mmmlaw.com

CRAIG D. HANSEN, ESQ.
BRIAN M. MCQUAID, ESQ.
SQUIRE SANDERS (US) LLP
ONE EAST WASHINGTON ST., SUITE 2700
PHOENIX, ARIZONA 85004
craig.hansen@squiresanders.com;
brian.mcquaid@squiresanders.com

3548551v2/22420-0006

SUSAN G. BOSWELL, ESQ.
LORI L. WINKELMAN, ESQ.
QUARLES & BRADY LLP
ONE SOUTH CHURCH AVENUE
SUITE 1700
TUCSON, ARIZONA 85701-1621
TELEPHONE: 520-770-8700
FACSIMILE: 520-623-2418
Email: susan.boswell@quarles.com
Email: lori.winkelman@quarles.com

KASEY C. NYE
MESCH, CLARK & ROTHSCHILD PC
259 N. MEYER AVENUE
TUCSON, AZ 85701
KNYE@MCRAZLAW.COM

GRANT LYON
ODESSEY CAPITAL GROUP, LLC
ONE RENAISSANCE SQUARE
TWO NORTH CENTRAL AVENUE, SUITE 720
PHOENIX, AZ 85004
GLYON@ODYCAP.COM
GLYON@KRYSGLOBALUSA.COM