**FORRESTER & WORTH, PLLC**
3636 NORTH CENTRAL AVENUE, STE.
700
PHOENIX, ARIZONA 85012
TELEPHONE (602) 271-4250
FACSIMILE (602) 271-4300
S. CARY FORRESTER (006342)
E-MAIL
SCF@FORRESTERANDWORTH.COM

COUNSEL FOR OFFICIAL JOINT
COMMITTEE OF UNSECURED
CREDITORS

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**ARMORWORKS ENTERPRISES, LLC;**<br>**TECHFIBER, LLC**<br><br>Debtors. | Chapter 11<br><br>Case No. 2:13-bk-10332-BMW<br><br>Case No. 2:13-bk-10333-BMW<br><br>(Jointly Administered)<br><br>**MOTION TO SET ACCELERATED**<br>**CHAPTER 11 STATUS HEARING** |

The Official Joint Committee of Unsecured Creditors (the "**Committee**")
requests that the Court set a status hearing at its earliest convenience to address
the status of these cases and the Fifth Amended Joint Plan of Reorganization Dated
June 17, 2014 [DE 654] (the "**Plan**"). A prompt status hearing is requested because
negotiations between Debtors and Mandall Armor Design & Manufacturing, Inc.,
which was to have been the primary funding source for the Plan, have collapsed.
The Committee is now exploring the possibility that Diversis Capital, LLC will
become the funding source for the Plan, while Debtors are exploring other
possibilities. As the court will recall, Diversis was to have been the funding source
for the Plan before its negotiations with Mr. Perciballi collapsed. Diversis has
expressed a willingness to acquire the Debtors and fund the Plan on essentially the
same terms that it previously agreed to, but without the involvement of Mr.

Perciballi and his wholly-owned entity, ArmorWorks, Inc. If Diversis is to do so, however, it will be necessary to move forward expeditiously. Accordingly, an accelerated status hearing is requested.

DATED October 2, 2014.

FORRESTER & WORTH, PLLC

/s/ SCF (006342)
S. Cary Forrester
Counsel for Official Joint Committee of
Unsecured Creditors

Copy e-mailed or mailed October 2, 2014
to the following parties:

Emily G. Gildar
Andrew Hardenbrook
Steven D. Jerome
Evans O'Brien
Jill H. Perrella
Benjamin W. Reeves
SNELL & WILMER LLP
One Arizona Center
400 E Van Buren
Phoenix AZ 85004
egildar@swlaw.com
ahardenbrook@swlaw.com
sjerome@swlaw.com
eobrien@swlaw.com
jperrella@swlaw.com
breeves@swlaw.com
*Attorneys for Anchor Management LLC, C
Squared Capital Partners*

Todd A. Burgess
Tyler Carrell
John R. Clemency
Janel M. Glynn
Lindsi M. Weber
GALLAGHER & KENNEDY, PA
2575 E Camelback Rd
Phoenix, AZ 85016
Todd.burgess@gknet.com
Tyler.carrell@gknet.com
John.clemency@gknet.com
Janel.glynn@gknet.com
Lindsi.weber@gknet.com
*Attorneys for Debtors*

Jennifer A. Giaimo
Renee Sandler Shamblin
US TRUSTEE'S OFFICE
230 N 1st Ave, Suite 204
Phoenix AZ 84003
Jennifer.a.giaimo@usdoj.gov
Renee.s.shamblin@usdoj.gov

James. B. Ball
POLI & BALL PLC
2999 N 44th Street, Suite 500
Phoenix, AZ 85018
ball@poliball.com
*Attorneys for Armorworks, Inc.*

David W. Cranshaw
MORRIS MANNING & MARTIN LLP
3343 Peachtree Rd, NE
1600 Atlanta Financial Center
Atlanta GA 30326
*Attorneys for Aptean*

Elizabeth K. Flaagan
FAEGRE BAKER DANIELS LLP
1700 Lincoln Street, Suite 3200
Denver CO 80203
Elizabeth.flaagan@faegrebd.com
*Attorneys for CoorsTek, Inc.*

Haig Maghakian
MILBANK TWEED HADLEY & MCCOY LLP
601 S Figueroa St, 30th Floor
Los Angeles CA 90017
hmaghakian@milbank.com
*Attorneys for Gran Lyon*

Lori A. Lewis
MARICOPA COUNTY ATTORNEY'S OFFICE
Civil Services Division
222 N Central Ave, Suite 1100
Phoenix AZ 85004-2226
Lewisl01@mcao.maricopa.gov
*Attorneys for Maricopa County Treasurer*
Joseph E. Cotterman
ANDANTE LAW GROUP OF DANIEL
GARRISON
4110 N Scottsdale Rd, Suite 330
Scottsdale AZ 85251
joe@andantelaw.com
*Attorneys for North 54th Street Venture,
LLC*

Carolyn R. Tatkin
Travis S. Williams
THE FRUTKIN LAW FIRM PLC
101 N 1st Ave, Suite 2410
Phoenix AZ 85003
tatkin@frutinlaw.com
Williams@frutkinlaw.com
*Attorneys for Travis S. Williams Novellus
Systems, Inc. c/o Lam Research*

Warren J. Stapleton
OSBORN MALEDON PA
2929 N Central Ave, 21st Floor
Phoenix AZ 85012-2793
wstapleton@omlaw.com
*Attorneys for Blue Cross Blue Shield of
Arizona*

Susan Boswell
Lori Winkelman
QUARLES & BRADY LLP
1 S Church Ave, Suite 1700
Tucson AZ 85701-1621
Susan.boswell@quarles.com
*Attorneys for Armorworks, Inc.*

Gerald L. Shelley
FENNEMORE CRAIG PC
2394 E Camelback Rd, Suite 600
Phoenix AZ 85016-3429
gshelley@fclaw.com

D. Lamar Hawkins
Heather Ann Macre
AIKEN SCHENK HAWKINS & RICCIARDI PC
2390 E Camelback Rd, Suite 400
Phoenix AZ 85016-3479
dlh@ashrlaw.com
ham@ashrlaw.com
*Attorneys for MS Guadalupe LLC*

James E Cross
CROSS LAW FIRM PLC
1850 N Central Ave, Suite 1150
Phoenix AZ 85004
jcross@crossbcs.com
*Attorney for Robert Dick et all*

Philip R. Rudd
Phillip Guttilla
POLSINELLI PC
1 E Washington, Suite 1200
Phoenix AZ 85004
prudd@polsinelli.com
*Attorneys for Tyr Tactical, LLC*

Nancy Kalafa Swift
BUCHALTER NEMER
16435 N Scottsdale Rd, Suite 440
Scottsdale AZ 85254-1754
nswift@buchalter.com
*Attorneys for Oracle America, Inc.*

Denise Ann Faulk
US ATTORNEY
United States Courthouse
405 W Congress St, Suite 4800
Tucson AZ 85701
Denise.faulk@usdoj.gov
*Attorneys for United States*

Alan A. Meda, Esq.
Andrew Abraham, Esq.
BURCH & CRACCHIOLO PA
702 E Osborn Rd, Suite 200
Phoenix, Az 85014
ameda@bcattorneys.com
aabraham@bcattorneys.com
*Attorneys for Lancelot Armor LLC*

April J. Villarreal Theis
OFFICE OF THE ATTORNEY GENERAL
1275 W. Washington
Phoenix AZ 85007-2926
April.theis@azag.gov
*Attorneys for Arizona Department of Revenue*

\_/s/  Shawna K. Hayes\_

Shawna K. Hayes