GALLAGHER & KENNEDY, P.A.
John R. Clemency (Bar No. 009646)
Todd A. Burgess (Bar No. 19013)
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Email: john.clemency@gknet.com
       todd.burgess@gknet.com

Attorneys for Debtors

OFFICE OF THE ARIZONA
ATTORNEY GENERAL
April Theis
Assistant Attorney General
Bankruptcy & Collection Enforcement
1275 W. Washington
Phoenix, Arizona 85007
(602) 542-8387
(602) 542-4273 (Fax)
April.Theis@azag.gov

Attorneys for Arizona Department of Revenue

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ARMORWORKS ENTERPRISES, LLC,<br>TECHFIBER, LLC,<br><br>Debtors.<br><br>This Filing Applies to:<br>☒ Both Debtors<br>☐ Specified Debtor | Chapter 11 Proceedings<br><br>Case No. 2:13-bk-10332-BMW<br>Case No. 2:13-bk-10333-BMW<br><br>(Jointly Administered)<br><br>**AMENDED STIPULATION RESOLVING ARIZONA DEPARTMENT OF REVENUE OBJECTION TO CONFIRMATION OF FIFTH AMENDED JOINT PLAN OF REORGANIZATION** |

ArmorWorks Enterprises, LLC ("**ArmorWorks**") and TechFiber, LLC ("**TechFiber**," and with ArmorWorks, the "**Debtors**"), and the Arizona Department of Revenue ("**ADOR**"), by and through their respective counsel, stipulate and agree as follows:

1. Paragraph 7 of the *Stipulation Resolving Arizona Department Of Revenue Objection To Confirmation Of Fifth Amended Joint Plan Of Reorganization* [filed at Dkt. 703] (the "**AZDOR Stipulation**") is deleted and replaced in its entirety with the following:

The Debtors will modify the Plan, through the Confirmation Order, to provide that, if the Effective Date does not occur on or before November 30, 2014, ADOR may move the Court for an order, after appropriate notice and a hearing, declaring that the Plan is null and void, subject to any defenses or objections by the Plan Proponents.

2. Except as expressly stated herein, all terms and provisions of the AZDOR Stipulation remain in full force and effect.

STIPULATED AND AGREED this 3rd day of November, 2014.

| GALLAGHER & KENNEDY, P.A. | OFFICE OF THE ARIZONA ATTORNEY GENERAL |
|---|---|
| By: /s/ John R. Clemency<br>John R. Clemency<br>Todd A. Burgess<br>2575 East Camelback Road<br>Phoenix, Arizona 85016-9225 | By: /s/ April Theis<br>April Theis<br>Assistant Attorney General<br>1275 W. Washington<br>Phoenix, Arizona 85007 |
| *Attorneys for Debtors* | *Attorneys for Arizona Department of Revenue* |