**GALLAGHER & KENNEDY, P.A.**
John R. Clemency (Bar No. 009646)
Todd A. Burgess (Bar No. 19013)
Lindsi M. Weber (Bar No. 25820)
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Email: john.clemency@gknet.com
todd.burgess@gknet.com
lindsi.weber@gknet.com
*Attorneys for the Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ARMORWORKS ENTERPRISES, LLC,<br>TECHFIBER, LLC,<br><br>Debtors. | Chapter 11 Proceedings<br><br>Case No. 2:13-bk-10332-BMW<br>Case No. 2:13-bk-10333-BMW<br><br>(Jointly Administered) |
| This Filing Applies to:<br><br>☒ Both Debtors<br>☐ Specified Debtor | **NOTICE OF PLAN PROPONENTS' AMENDED AND RESTATED NON-ADVERSE MODIFICATIONS TO FIFTH AMENDED JOINT PLAN OF REORGANIZATION**<br><br>Hearing Date: November 4, 2014<br>Hearing Time: 11:30 a.m. |

ArmorWorks Enterprises, LLC ("**ArmorWorks**") and TechFiber, LLC ("**TechFiber**" and with ArmorWorks, the "**Debtors**"), debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (the "**Bankruptcy Case**"), ArmorWorks, Inc. ("**AWI**"), and William J. Perciballi ("**Perciballi**"),[1] by and through

---

[1] The Debtors, AWI, and Perciballi are sometimes referred to herein as the "**Plan Proponents**".

1

4471170v1/22420-0006

1 | undersigned counsel, provide notice that the *Fifth Amended Joint Plan of Reorganization Dated June 17, 2014* [Dkt. 654] (the "**Plan**") filed by the Plan Proponents is hereby modified consistent with the *Proposal to Fund Chapter 11 Reorganization of ArmorWorks Enterprises, LLC, dated October 27, 2014* (the "**Littlejohn LOI**"), executed by AWI, Perciballi, and Littlejohn Capital, LLC ("**Littlejohn**"), which sets for the principal terms under which Littlejohn (or its nominee) has agreed to step into the role of "Investor" under the Plan. A true and correct copy of the Littlejohn LOI is attached hereto as Exhibit "A" and is incorporated herein by this reference.

This notice supersedes and replaces the *Plan Proponents' Amended And Restated Non-Adverse Modifications To Fifth Amended Joint Plan Of Reorganization* [Dkt. 734] filed by the Plan Proponents on September 18, 2014.

RESPECTFULLY SUBMITTED this 3rd day of November, 2014.

**GALLAGHER & KENNEDY, P.A.**

By  */s/Todd A. Burgess*
    John R. Clemency (Bar No. 009646)
    Todd A. Burgess (Bar No. 19013)
    Lindsi M. Weber (Bar No. 25820)
    *Attorneys for Debtors*

**QUARLES & BRADY, LLP**

By  */s/Susan G. Boswell*
    Susan G. Boswell
    Lori Winkelman
    Attorneys for ArmorWorks, Inc. and William J. Perciballi

ORIGINAL filed and COPIES served electronically via the Court's CM/ECF Notification System this 3rd day of November, 2014.

*/s/ Todd A. Burgess*

4471170v1/22420-0006

2