**GALLAGHER & KENNEDY, P.A.**
John R. Clemency (Bar No. 009646)
Todd A. Burgess (Bar No. 19013)
Lindsi M. Weber (Bar No. 25820)
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Email: john.clemency@gknet.com
todd.burgess@gknet.com
lindsi.weber@gknet.com
*Attorneys for the Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>ARMORWORKS ENTERPRISES, LLC,<br>TECHFIBER, LLC,<br><br>Debtors. | Chapter 11 Proceedings<br><br>Case No. 2:13-bk-10332-BMW<br>Case No. 2:13-bk-10333-BMW<br><br>(Jointly Administered) |
| This Filing Applies to:<br><br>☒ Both Debtors<br>☐ Specified Debtor | **NOTICE OF LODGING ORDER CONFIRMING FIFTH AMENDED JOINT PLAN OF REORGANIZATION; AND CERTIFICATION OF COUNSEL**<br><br>Hearing Date: November 4, 2014<br>Hearing Time: 11:30 a.m. |

PLEASE TAKE NOTICE that ArmorWorks Enterprises, LLC ("**ArmorWorks**") and TechFiber, LLC ("**TechFiber**" and with ArmorWorks, the "**Debtors**"), debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (the "**Bankruptcy Case**"), ArmorWorks, Inc. ("**AWI**"), and William J. Perciballi ("**Perciballi**"),[1] by and through undersigned counsel, have lodged a proposed *Order*

---

[1] The Debtors, AWI, and Perciballi are sometimes referred to herein as the "**Plan Proponents**".

4471219v2/22420-0006

1

*Confirming Fifth Amended Joint Plan of Reorganization dated June 14, 2014*, in the form attached hereto as Exhibit "1".

## CERTIFICATION OF COUNSEL

Undersigned counsel hereby certify to the Court that AWI, Perciballi, and Littlejohn Capital, LLC or its nominee ("**Littlejohn**"), have executed the primary material definitive documents (Contribution Agreement, Stockholders' Agreement, and Perciballi Employment Agreement) necessary to close the transactions contemplated under the *Proposal to Fund Chapter 11 Reorganization of ArmorWorks Enterprises, LLC, dated October 27, 2014* and fund the Plan. The only remaining conditions to closing are: (i) entry of an order, in form and substance acceptable to Littlejohn, confirming the Plan, (ii) the confirmation order becoming a final, non-appealable orders, except to the extent that Littlejohn waives such condition; and (iii) the execution and delivery of ancillary documents at closing.

RESPECTFULLY SUBMITTED this 3rd day of November, 2014.

**GALLAGHER & KENNEDY, P.A.**


By  */s/Todd A. Burgess*
    John R. Clemency (Bar No. 009646)
    Todd A. Burgess (Bar No. 19013)
    Lindsi M. Weber (Bar No. 25820)
Attorneys for Debtors

**QUARLES & BRADY, LLP**


By  */s/Susan G. Boswell*
    Susan G. Boswell
    Lori Winkelman
Attorneys for ArmorWorks, Inc. and William J. Perciballi

2

4471219v2/22420-0006

1 | ORIGINAL filed and COPIES served electronically via the Court's CM/ECF Notification System this 3rd day of November, 2014.
2 |
3 |
4 | /s/ Todd A. Burgess

4471219v2/22420-0006

3