GALLAGHER & KENNEDY, P.A.
John R. Clemency (Bar No. 009646)
Todd A. Burgess (Bar No. 19013)
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Email: john.clemency@gknet.com
       todd.burgess@gknet.com

Attorneys for Debtors

OFFICE OF THE ARIZONA
ATTORNEY GENERAL
April Theis
Assistant Attorney General
Bankruptcy & Collection Enforcement
1275 W. Washington
Phoenix, Arizona 85007
(602) 542-8387
(602) 542-4273 (Fax)
April.Theis@azag.gov

Attorneys for Arizona Department of Revenue

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ARMORWORKS ENTERPRISES, LLC,<br>TECHFIBER, LLC,<br><br>Debtors.<br><br>This Filing Applies to:<br><br>☒ Both Debtors<br>☐ Specified Debtor | Chapter 11 Proceedings<br><br>Case No. 2:13-bk-10332-BMW<br>Case No. 2:13-bk-10333-BMW<br><br>(Jointly Administered)<br><br>**STIPULATION RESOLVING ARIZONA DEPARTMENT OF REVENUE OBJECTION TO CONFIRMATION OF FIFTH AMENDED JOINT PLAN OF REORGANIZATION**<br><br>Hearing Date: July 24, 2014<br>Hearing Time: 10:00 a.m. |

ArmorWorks Enterprises, LLC ("**ArmorWorks**") and TechFiber, LLC ("**TechFiber**," and with ArmorWorks, the "**Debtors**"), and the Arizona Department of Revenue ("**ADOR**"), by and through their respective counsel, stipulate and agree that the *Objection To Confirmation Of Debtors' Fifth Amended Joint Plan Of Reorganization By Arizona Department Of Revenue* [Dkt. 698] (the "**ADOR Objection**") shall be and hereby is resolved as follows:

1. This Stipulation shall be binding on the Debtors and ADOR for all

purposes, shall govern the treatment of ADOR's Claims in the Bankruptcy Cases, and shall be incorporated by reference into the Confirmation Order entered by the Court.

2. Section 5.7 of the *Fifth Amended Joint Plan of Reorganization Dated June 17, 2014* [Dkt. 654] (the "Plan")[1] will be deleted in its entirety and replaced with the following:

> 5.7 <u>Priority Tax Claims.</u> Priority Tax Claims are certain pre-Petition Date unsecured income, employment and other taxes described by Section 507(a)(8) of the Bankruptcy Code. Holders of Allowed Priority Tax Claims will be paid in full and in cash within five (5) years of the Petition Date through regular equal monthly installments of principal and interest. Priority Tax Claims will be allowed in the principal amount of the tax due as of the Petition Date, with interest at the applicable statutory rate in accordance with section 511 of the Bankruptcy Code. No amounts attributable to penalties imposed or sought to be imposed by holders of Priority Tax Claims will be paid. Priority Tax Claims are unimpaired pursuant to the Plan and votes to accept or reject the Plan will not be solicited from Creditors holding Priority Tax Claims.

3. The Debtors will begin making monthly installments of principal and interest to ADOR, beginning thirty (30) days after the Effective Date of the Plan, based on the face amount of ADOR's alleged Priority Tax Claims filed in the Bankruptcy Cases (Claim 2-3 in the ArmorWorks case and Claims 1-3 in the TechFiber case), without prejudice to any rights, claims, set-offs, or defenses of any kind that the Debtor(s) may have against ADOR regarding the validity or amount of the ADOR alleged Priority Tax Claims, all such rights, claims, set-offs, or defenses being expressly reserved.

4. The Debtors shall have the right to object to the ADOR alleged Priority Tax Claims in accordance with the provisions of the Plan. In the event that the ADOR alleged Priority Tax Claims are reduced or disallowed in whole or in part, any amounts received by ADOR from the Debtors in excess of the amount of the Allowed Priority Tax Claims, as finally determined by the Bankruptcy Court, shall be refunded to the Debtors.

---

[1] Unless otherwise stated, capitalized terms used in this Stipulation will correspond to the defined terms in the Plan.

5. Any Allowed Administrative Claim held by ADOR will be treated and paid in accordance with the provisions of the Plan.

6. The Debtors will modify the Plan, through the Confirmation Order, to include the following default provision applicable to any ADOR Allowed Claim:

> The Debtors failure to comply with the Plan provisions concerning the liability owed to the Arizona Department of Revenue shall constitute a default of the Plan. If the Debtors fail to cure any monetary default with certified funds, together with any outstanding returns, within thirty (30) calendar days after written notice of the default from the Arizona Department of Revenue or its agents, to Debtors, the Arizona Department of Revenue may enforce the entire amount of its claim, exercise any and all rights and remedies under applicable non-bankruptcy law which includes, but is not limited to, state tax collection procedures, and obtain any other such relief deemed appropriate by the Bankruptcy Court.

7. The Debtors will modify the Plan, through the Confirmation Order, to provide that, if the Effective Date does not occur on or before October 1, 2014, ADOR may move the Court for an order, after appropriate notice and a hearing, declaring that the Plan is null and void, subject to any defenses or objections by the Plan Proponents.

8. Without prejudice to the Debtors' right to object to the ADOR Claims, the Debtors and the ADOR will make a good faith effort to consensually resolve the Debtors' objections to any Claims alleged by ADOR.

9. Without prejudice to the Debtors' right to object to the ADOR Claims, the Debtors will make a good faith effort to promptly liquidate the tax liabilities estimated due to non-filing on any Claims alleged by ADOR.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

10. The ADOR withdraws the ADOR Objection and accepts the Plan, as modified by this Stipulation.

STIPULATED AND AGREED this 23rd day of July, 2014.

| GALLAGHER & KENNEDY, P.A. | OFFICE OF THE ARIZONA ATTORNEY GENERAL |
|---|---|
| By: *[signature]*<br>John R. Clemency<br>Todd A. Burgess<br>2575 East Camelback Road<br>Phoenix, Arizona 85016-9225 | By: *[signature]*<br>April Theis<br>Assistant Attorney General<br>1275 W. Washington<br>Phoenix, Arizona 85007 |
| *Attorneys for Debtors* | *Attorneys for Arizona Department of Revenue* |