# SCHEDULE 8.8

SOLE MEMBER:  ARMORWORKS HOLDING, INC.
INITIAL MANAGER:  ARMORWORKS HOLDINGS, INC.