**ARMORWORKS ENTERPRISES, LLC**
**TECHFIBER, LLC**
**SCHEDULE 9.1**

THE PLAN PROPONENTS AND INVESTOR RESERVE THE RIGHT TO AMEND THIS SCHEDULE THROUGH THE EFFECTIVE DATE OF THE PLAN AND OTHERWISE IN ACCORDANCE WITH THE PLAN AND APPLICABLE LAW

| ENTITY | CATEGORY | PARTY TO AGREEMENT/ CONTRACT | ADDRESS 1 | ADDRESS 2 | DESCRIPTION OF CONTRACT/ NOTES | Accept or Reject |
|---|---|---|---|---|---|---|
| AWE | Customer | US Army Contracting Command ACC - APG - W91CRB | 4401 BOOTHBY HILL AVENUE | ABERDEEN PROVING GROUND MD 21005-3013 | Contract No W91CRB-12-D-0011 | Accept |
| AWE | Customer | US Army Contracting Command ACC - APG - W91CRB | 4401 BOOTHBY HILL AVENUE | ABERDEEN PROVING GROUND MD 21005-3013 | Contract No W91CRB-10-C-0034 | Accept |
| AWE | Customer | Adams Rite Aerospace | 4141 N. Palm Street | Fullerton, CA 92835 | Blanket POs 206215, 208197, 209107, 211423, 211453, 211824 | Accept |
| AWE | Customer | BAE Systems Shared Services, Inc. | 1100 Bairs Rd. | York, PA 17408-8975 | PO 120650 | Accept |
| AWE | Customer | GRAVIKOR INC. | 401 West Morgan Road | Ann Arbor MI 48108-9109 | 130301A | Accept |
| AWE | Customer | NAVAL FACILITIES ENGINEERING COMMAND | Specialty Center Acquisitions.NAVFAC | Port Hueneme, CA 93043-4347 | SO #2293 | Accept |
| AWE | Customer | SOJITZ AEROSPACE AMERICA CORP. | 1055 West 7th St, Suite 1800 | Los Angeles, CA90017 | NVM1589 | Accept |
| | | | | | | |
| AWE | Employment | David A. Wirthlin | 1779 E Tradewind Ct | Gilbert, AZ 85234 | Employment Agreement | Accept |
| AWE | Employment | Robert G. Dick | 3308 West Adamanda Drive | Desert Hills, AZ 85086 | Employment Agreement | Accept |
| AWE | Employment | Maria Elida Voorbrood | 3300 East Windsor Drive | Gilbert, AZ 85296 | Employment Agreement | Accept |
| AWE | Employment | William J. Perciballi | 15033 S. 6th Place | Phoenix, AZ 85048 | Employment Agreement | REJECT |
| | | | | | | |
| AWE | Indemnification | David A. Wirthlin | 1779 E Tradewind Ct | Gilbert, AZ 85234 | Indemnification Agreement | Accept |
| AWE | Indemnification | John S. McGara | 7500 E McCormick Pkwy, No. 8 | Scottsdale, AZ 85258 | Indemnification Agreement | Accept |
| AWE | Indemnification | Robert G. Dick | 3308 West Adamanda Drive | Desert Hills, AZ 85086 | Indemnification Agreement | Accept |
| AWE | Indemnification | Richard F. Langner | 2950 East Redwood Lane | Phoenix, AZ 85048 | Indemnification Agreement | Accept |
| AWE | Indemnification | Maria Elida Voorbrood | 3300 East Windsor Drive | Gilbert, AZ 85296 | Indemnification Agreement | Accept |
| AWE | Indemnification | William J. Perciballi | 15033 S. 6th Place | Phoenix, AZ 85048 | Indemnification Agreement | Accept |
| | | | | | | |
| AWE | License Agreement | William Perciballi | 305 N. 54th Street | Chandler, AZ 85226 | License Agreement dated 9/1/2001 | REJECT |
| | | | | | | |
| AWE | Equip & Facility Maint | Arrowhead Environmental | 9623 W Mariposa Grande | Peoria, AZ 85383 | Cooling Tower Maintenance | REJECT |
| AWE | Equip & Facility Maint | McQuay Service | 2330 W Mission Ln | Phoenix, AZ 85021 | Chiller Maintenance | REJECT |
| AWE | Equip & Facility Maint | Chemtreat | 4461 Cox Rd | Glen Allen, VA 23060 | Closed Loop Maintenance | Accept |
| AWE | Equip & Facility Maint | Terminix | 2329 W Mescal St # 303 | Phoenix, AZ 85029 | Pest Control | REJECT |
| AWE | Equip & Facility Maint | Lectra | 889 Franklin Rd | Marietta, GA 30067 | Lectra Support | Accept |
| AWE | Equip & Facility Maint | University Lock & Security | 1031 W University Rd | Tempe, AZ 85281 | Fire Monitoring | Accept |
| AWE | Equip & Facility Maint | Metro Fire Equipment | 63 S Hamilton Pl | Gilbert, AZ 85233 | Fire Inspection | Accept |
| AWE | Equip & Facility Maint | GMR/Premier Waste | 450 W Ray Rd., Suite 17 PMB #209 | Chandler, AZ 85226 | Trash/Recycling | REJECT |
| AWE | Equip & Facility Maint | CyberMetrics | 16100 N. Greenway-Hayden Loop, Suite 100 | Scottsdale, AZ 85260 | Facilities Maintenance Software | Accept |

ARMORWORKS ENTERPRISES, LLC
TECHFIBER, LLC
SCHEDULE 9.1

THE PLAN PROPONENTS AND INVESTOR RESERVE THE RIGHT TO AMEND THIS SCHEDULE THROUGH THE EFFECTIVE DATE OF THE PLAN AND OTHERWISE IN ACCORDANCE WITH THE PLAN AND APPLICABLE LAW

| ENTITY | CATEGORY | PARTY TO AGREEMENT/ CONTRACT | ADDRESS 1 | ADDRESS 2 | DESCRIPTION OF CONTRACT/ NOTES | Accept or Reject |
|--------|----------|------------------------------|-----------|-----------|-------------------------------|------------------|
| AWE | Copier Equipment | All Copy | 1407 W Drivers Way | Tempe, AZ 85284 | Agreements 110-0657546-000 & 110-0666708-000 | REJECT |
| TF | Copier Equipment | InfinCom a division of Caltronics/ | 2720 S. Hardy Dr. | Tempe, AZ 85282 | Service  Contract Number 688-03 Account No# FINTL03-001 | REJECT |
| AWE | Copier Equipment | SBS Leasing for Sharp/ Contract 25212493 | 610 West Alameda | Tempe, AZ 85282 | Contract 25212493 | Accept |
| AWE | Phones | Verizon Wireless | Verizon Wireless Bankruptcy Administration 500 Technology Dr. Ste 500 | | Verizon/ 270442882-00001 | Accept |
| TF | Phones | Verizon Wireless | Welcon Springs, MO 63304 | | Verizon/ 272056182-00001 | REJECT |
| AWE | Phones | AT&T/ | ATT Mobility Customer Care, PO Box 755 | Atwater, CA  95301 | ATT/ 995894085 | Accept |
| AWE | Water Cooler | Aqua Chill | 1320 S Priest Drive, Suite 106 | Tempe, AZ  85281 | Contract 12582 | REJECT |
| AWE | Water Cooler | Aqua Chill | 1320 S Priest Drive, Suite 106 | Tempe, AZ  85281 | Contract 11887 | Accept |
| AWE | Water Cooler | Quench | 780 5th Avenue Suite 200 | King of Prussia, PA  19406 | Contract 019-1046456-001 | Accept |
| AWE | Water Cooler | Quench | 780 5th Avenue Suite 200 | King of Prussia, PA  19407 | Contract D042205 | Accept |
| | | | | | | |
| AWE | Software Maint | APTEAN, INC | PO BOX 95223 | CHICAGO, IL  60694-5223 | Made To Manage - ERP System | Accept |
| AWE | Software Maint | Accellos, Inc. | DEPT CH 16991 | PALATINE, IL   60055-6691 | Accellos BarCode Software   currently only used at SR) | Accept |
| AWE | Software Maint | Sherwood Systems | 1717 E Morten, Suite 270 | Phoenix, AZ 85020 | Microsoft Dynamics Great Plains - ERP System | Accept |
| AWE | Software Maint | Manufacturing Resource Partners | 1350 Joy Lake Rd | Reno, NV 89511 | GP PowerPAck Suites | Accept |
| AWE | Software Maint | NEI Software | 5555 Garden Grove Blvd, Suite 300 | Westminster, CA 92683-1886 | Nastran / R&D analysis software | Accept |
| AWE | Software Maint | Border States Electrical Supply | 5519 E Washington | Phoenix, AZ 85034 | HMI - oven software maintenance | Accept |
| AWE | Software Maint | Optitex USA Inc. | 325 W 35th Street, Suite 1107 | New York, NY 10018 | Plotter software - Soft Armor design | Accept |
| AWE | Software Maint | LSTC / Livermore Software Technology Corp. | PO Box 712 | Livermore, CA 94551-0712 | R&D Model analysis preperation software | Accept |
| AWE | Software Maint | Siemens PLM Software | 13690 Riverport Dr. | Maryland Heights, MO 63043 | ShockRide R&D Analysis software | Accept |
| AWE | Software Maint | PTC | Maintenance Reseller Corporation | 400 W Cummins Park, Suite 4450 Woburn, MA 01801 | Pro Engineering / R&D CAD application | Accept |
| AWE | Software Maint | GE Intelligent Platforms | PO Box 641275 | Pittsburgh, PA 15264-1275 | SPC Shopfloor / ShockRide Quality Assurance | Accept |
| AWE | Software Maint | ALTAIR ENGINEERING | 1820 E Big Beaver Rd | Troy, MI 48083 | Hyperworks / R&D analysis software | Accept |
| AWE | Software Maint | Lunchbox Collective | PO Box 1688 | Tempe, AZ 85280 | Web Hosting - www.armorworks.com | Accept |
| AWE | Software Maint | Ddi | 1225 Washington Pike | Bridgeville, PA 15017-2838 | Solidworks / R&D CAD application | Accept |
| AWE | Software Maint | MLC Cad Systems | 3370 N. Hayden Rd, #123-264 | Scottsdale, AZ 85251 | Mastercam / R&D CNC application | Accept |
| AWE | Software Maint | Lowry | 9420 Maltby Rd. | Brighton, MI 48116 | Tagsmart / WAWF RFID shipping software | Accept |
| AWE | Software Maint | Oracle | 500 Oracle Parkway | Redwood Shores, CA 94065 | Primavera / Scheduling software | Accept |
| AWE | Software Subscriptions | HIS Company | P.O. BOX 844775 | Dallas, TX 75284-4775 | Haystack | Accept |
| TF | Internet connection | XO Communications | 8851 Sandy Parkway | Sandy, UT 84070 | TF Internet connection | REJECT |
| AWE | Consultants | MANDALL ARMORED BARRIER SYSTEMS | 901 E. MADISON STREET | PHOENIX, AZ 85034 | Consulting Agreement - CORPORATE | Accept |
| AWE | Consultants | MANUFACTURING RESOURCE PARTNER,LLC | 1350 Joy Lake Rd | Reno, NV 89511 | Consult on MS Dynamics GP - as needed | Accept |
| AWE | Consultants | SHERWOOD SYSTEMS | 1717 E MORTEN SUITE 270 | PHOENIX, AZ 85020 | Consult on MS Dynamics GP - as needed | Accept |
| AWE | Consultants | LAW OFFICES OF JAMES L FARMER PLLC | 511 Concorda Drive | Tempe, AZ 85282 | Consulting Agreement - PATENTS | Accept |
| AWE | Consultants | RELIASCENT, LLC | 1777 S HARRISON ST STE 350 | DENVER, CO  80210 | Consulting Agreement - Government Contracting | Accept |
| AWE | Consultants | IMPACT RESEARCH AND TECHNOLOGY, LLC | 3510 E. Desert Broom Way | Phoenix, AZ 85044 | Consulting Agreement (Rich Langner) - Engineering Services | REJECT |
| | | | | | | |
| AWE | Real proprty Lease | Armory, LLC | 7071 West Frye Road | Chandler, AZ  85226 | 7071 W. Frye Road, Chandler, AZ 85226 - Mandall BarrierWorks | Accept |
| AWE | Real proprty Lease | White Family Trust | 1155 Stradella Road | Los Angeles, CA 90077 | 205 S. Beck Ave., Chandler, AZ 85226 - ShockRide Operations | Accept |