# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | ARMORWORKS ENTERPRISES, LLC |
| **Case Number:** | 2:13-BK-10332-BMW    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 04, 2014 11:30 AM   COURTROOM 446 |
| **Bankruptcy Judge:** | BRENDA M. WHINERY |
| **Courtroom Clerk:** | CINDY TURNBULL |
| **Reporter / ECR:** | RHIANNA DOMINGUEZ |

## *Matter:*

CONTINUED HEARING RE STATUS OF CASE (cont. from 10/16/14) (CONT. FROM 10/27/14)

**R / M #:** 747 / 0

## *Appearances:*

TODD A. BURGESS, AND JOHN R. CLEMENCY, ATTORNEYS FOR ARMORWORKS ENTERPRISES, LLC
HEATHER ANN MACRE, ATTORNEY FOR M.S. GUADALUPE, APPEARING BY PHONE
FRED NEUFELD, CO-COUNSEL FOR DIVERSIS CAPITAL, LLC , APPEARING BY PHONE
KASEY NYE, ATTY FOR DIVERSIS CAPITAL, LLC.
SUSAN G BOSWELL, ATTORNEY FOR AWI AND WILLIAM PERCIBALLI
S. CARY FORRESTER, ATTORNEY FOR UNSECURED CREDITORS COMMITTEE
STEVE JEROME, ATTY FOR THE C SQUARED PARTIES
WARREN STAPLETON, ATTY FOR BLUE CROSS BLUE SHIELD
MORRIS C. AARON, ON BEHALF OF MCA FINANCIAL GROUP, LTD.
WILLIAM PERCIBALLI, DAVE WIRTHLIN, AND ROB DICK, REPRESENTATIVES OF ARMORWORKS
JOSEPH MOLDOVAN AND ROBERT DAKIS, ATTYS FOR INVESTOR LITTLEJOHN, APPEARING BY PHONE

Case 2:13-bk-10332-BMW    Doc 776    Filed 11/04/14    Entered 11/04/14 16:37:07    Desc
Main Document    Page 1 of 2

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   2:13-BK-10332-BMW           TUESDAY, NOVEMBER 04, 2014 11:30 AM

## *Proceedings:*

***NOTE: VIDEO WILL BE AVAILABLE FOR THE CONTINUED HEARING SET FOR NOVEMBER 6, 2014 AT 2:00 P.M. IN PHX. COURTROOM 301.**

MR. BURGESS STATES HE FEELS THEY ARE AT THE END. HE RENDERS A BRIEF HISTORY OF THIS CASE, AND URGES THE COURT TO CONFIRM THE DEBTOR'S FIFTH AMENDED PLAN. THE DEBTOR HAS AN INVESTOR, AND IT IS READY TO CLOSE THE TRANSACTION. THE ONLY CONDITIONS TO CLOSING ARE THE ENTRY OF THE CONFIRMATION ORDER, AND THAT ORDER BECOMING A FINAL, UNAPPEALABLE ORDER. THERE WERE A NUMBER OF PLEADINGS FILED LATE LAST NIGHT, AND THOSE ARE SUMMARIZED FOR THE COURT. MR. AARON'S DECLARATION IS ON FILE, AND IT STATES THAT IN HIS VIEW, THE PLAN REMAINS FEASIBLE WITH LITTLEJOHN AS THE INVESTOR, AND THE DEBTOR SHOULDN'T HAVE ANY TROUBLE MAKING THE PLAN PAYMENTS. HE ALSO FILED A NOTICE OF LODGING THE ORDER CONFIRMING THE PLAN. REGARDING THE CONFIRMATION ORDER, MR. BURGESS HIGHLIGHTS THE TECHNICAL MODIFICATIONS THAT WERE MADE TO THE PLAN. HE DOESN'T FEEL THAT ANY OF THOSE ARE MATERIAL CHANGES. THE PAYMENTS TO CREDITORS REMAIN THE SAME. HE URGES THE COURT TO ENTER THE CONFIRMATION ORDER. THERE WAS A DEADLINE ON THE SETTLEMENT WITH C SQUARED, AND THAT DEADLINE HAS EXPIRED. HE UNDERSTANDS THAT C SQUARED HAS AGREED TO EXTEND THAT DEADLINE TO NOVEMBER 24, 2014.

MS. BOSWELL STATES THE DOCUMENTS SIGNED LAST NIGHT ARE COMPLETE DOCUMENTS. SHE RENDERS FURTHER COMMENTS. THIS IS A FINAL, BINDING TRANSACTION ON ALL PARTIES, THERE ARE NO TERMS LEFT TO BE NEGOTIATED, ETC.

COURT: HAVE ALL OF THE EXECUTED DOCUMENTS BEEN DELIVERED TO THE OTHER PARTIES?

MS. BOSWELL STATES NOT TO THE OTHER PARTIES IN THE CASE BECAUSE THOSE DOCUMENTS ARE AGREEMENTS BETWEEN MR. PERCIBALLI, AWI AND LITTLEJOHN. THE ESSENCE OF THE DEAL IS SUMMARIZED.

MR. JEROME STATES MR. PERCIBALLI, AWI AND THE C SQUARED PARTIES ARE FINALIZING AN EXTENSION AGREEMENT THAT WILL RUN THROUGH NOVEMBER 24, 2014 FOR THE EFFECTIVE DATE AND THE DATE TO PAY THE SETTLEMENT AMOUNT UNDER THE SETTLEMENT AGREEMENT TO C SQUARED. HE FEELS THE DOCUMENT WILL BE FINALIZED SHORTLY.

MR. STAPLETON STATES HIS CLIENT HAS NO OBJECTION TO CONFIRMATION. HIS CLIENT'S CONTRACT WILL BE ASSUMED. AS LONG AS THE DEBTOR REMAINS HEADQUARTERED IN ARIZONA, THERE WILL BE NO PROBLEM.

MR. BURGESS CONFIRMS THAT THE DEBTOR'S HEADQUARTERS WILL BE IN CHANDLER, AZ.

MR. FORRESTER UPDATES THE COURT ON THE COMMITTEE'S STATUS. THEY HAVE BEEN NEGOTIATING A COMPETING PLAN WITH DIVERSIS CAPITAL, AND AS OF THIS MORNING, THE COMMITTEE HAS CONSIDERED A NUMBER OF FACTORS, INCLUDING THE PLAN THAT THE DEBTOR IS TRYING TO CONFIRM. IT HAD OVERWHELMING SUPPORT FROM THE UNSECURED CREDITORS. THERE ARE NO MATERIAL CHANGES TO THE PLAN, AND THE COMMITTEE HAS INSTRUCTED HIM TO NOT EXPRESS EITHER SUPPORT NOR OPPOSITION TO THE PLAN, BUT TO INDICATE IT WILL NOT OPPOSE THE ENTRY OF THE CONFIRMATION ORDER.

COURT: IS YOUR MOTION BEING WITHDRAWN?

MR. FORRESTER STATES HE WANTS HIS MOTION TO BE HELD IN ABEYANCE.

COURT: THE RECENTLY FILED PLEADINGS HAVE NOT BEEN REVIEWED, AND THE COURT CAN'T MAKE A DECISION THAT THE PLAN BE CONFIRMED AT THIS TIME. ANOTHER HEARING WILL BE SET THIS WEEK.

MR. BURGESS STATES THE PARTIES WANT THE 14-DAY APPEAL CLOCK TO START RUNNING AS SOON AS POSSIBLE.

COURT: THIS HEARING WILL BE CONTINUED TO NOVEMBER 6, 2014 AT 2:00 P.M. THE COURT WILL BE PREPARED AT THAT HEARING TO ISSUE ITS RULING AS TO WHETHER THIS PLAN CAN BE CONFIRMED, AND THE ORDER EXECUTED.