# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ARMORWORKS ENTERPRISES, LLC | | |
| **Case Number:** | 2:13-BK-10332-BMW | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 06, 2014 02:00 PM   COURTROOM 446 | | |
| **Bankruptcy Judge:** | BRENDA M. WHINERY | | |
| **Courtroom Clerk:** | CINDY TURNBULL | | |
| **Reporter / ECR:** | RHIANNA DOMINGUEZ | | |

## *Matter:*

CONTINUED HEARING RE STATUS OF CASE (cont. from 10/16/14) (CONT. FROM 10/27/14) (CONT. FROM 11/4/14)

**R / M #:** 747 / 0

## *Appearances:*

TODD A. BURGESS, AND JOHN R. CLEMENCY, ATTORNEYS FOR ARMORWORKS ENTERPRISES, LLC
FRED NEUFELD, ATTORNEY FOR DIVERSIS CAPITAL, LLC, APPEARING BY PHONE
KASEY C. NYE, ATTORNEY FOR DIVERSIS CAPITAL, LLC
LAMAR HAWKINS, ATTORNEY FOR M.S. GUADALUPE, THE FORMER LANDLORD
EVANS O'BRIEN, ATTORNEY FOR C SQUARED CAPITAL PARTNERS, LLC
SUSAN G BOSWELL, ATTORNEY FOR AWI AND WILLIAM PERCIBALLI
S. CARY FORRESTER, ATTORNEY FOR UNSECURED CREDITORS COMMITTEE
JOSEPH MOLDOVAN, ATTY FOR LITTLEJOHN, APPEARING BY PHONE

## *Proceedings:*

MS. BOSWELL REPORTS THAT THE AMENDMENT TO THE C SQUARED SETTLEMENT WAS SIGNED AND IS EXTENDED TO NOVEMBER 24, 2014.

MR. O'BRIEN CONFIRMS THAT REPRESENTATION.

COURT: HAVE THERE BEEN ANY CHANGES OR DEVELOPMENTS SINCE THE LAST HEARING?

MR. BURGESS STATES THAT THE C SQUARED SETTLEMENT AMENDMENT WAS EXECUTED, AND THE DROP DEAD DATE IS NOVEMBER 24, 2014.

COURT: SEVERAL PLEADINGS WERE FILED ON NOVEMBER 3, 2014, AND THOSE ARE DISCUSSED WITH COUNSEL. AFTER REVIEW OF THE PLEADINGS, THE COURT CONCLUDES THAT THE PROPOSED MODIFICATIONS, AND SUBSTITUTION OF THE INVESTOR ARE NON-ADVERSE MODIFICATIONS, AND THE CONFIRMATION ORDER CAN BE UPLOADED FOR REVIEW. MR. BURGESS CAN UPLOAD THE ORDER.

MR. BURGESS STATES THE ORDER HAS ALREADY BEEN UPLOADED.